# EXHIBIT A

**NHTSA ID Number:** 11191060
**Incident Date** January 7, 2019
**Consumer Location** YEMASSEE, SC
**Vehicle Identification Number** 1C4RDHDG6EC****
**Summary of Complaint**
ROCKER ARM TICKING NOISE 3.6L V6. I BELIEVE THE SAME RECALL
THAT WAS PUT INTO EFFECT FOR 2011 TO 2013 3.6 ENGINES BY
DODGE SHOULD APPLY TO OTHER YEARS WITH THIS ENGINE. I'VE
READ THAT THE 2014 ENGINE IS THE SAME AS 2011 TO 2013.


**NHTSA ID Number:** 11209978
**Incident Date** May 24, 2019
**Consumer Location** ORANGE, NJ
**Vehicle Identification Number** 1C4RDJAG6EC****
**Summary of Complaint**
MY VEHICLE STARTED MAKING A CLICKING NOISE AROUND 65K
MILES. WHEN I SCHEDULED MY ROUTINE OIL CHANGE AT MY
DEALERSHIP I WAS TOLD THAT I NEEDED TO HAVE MY CAM LIFTER
AND ROCKER ARMS REPLACED. I EXPLAINED THAT THIS IS AN ISSUE
THAT SHOULD NOT BE HAPPENING ON A VEHICLE THAT IS ONLY 5
YEARS OLD WITH 65K MILES. THEY TOLD ME THAT THIS IS GOING TO
COST ME $1,800 TO HAVE THE REPAIRS MADE TO THE VEHICLE. THEN
I WAS TOLD THAT IF I HAVE THE 60K MILE CHECK UP FOR $800 ON
THE VEHICLE THAT DODGE WILL COMPLETE THE REPAIRS FOR FREE.
AFTER DOING RESEARCH ONLINE AND SPEAKING WITH OTHER
DURANGO OWNERS I FOUND THAT THIS IS A KNOWN ISSUE WITH THE
2014-2015 DODGE DURANGO AND SHOULD BE ADDRESSED.


**NHTSA ID Number:** 11252379
**Incident Date** August 1, 2019
**Consumer Location** DETROIT, MI
**Vehicle Identification Number** 1C4RDJAG2EC****
**Summary of Complaint**
IVE HAD A TOTAL OF SEVEN PROBLEMS WITH THIS VEHICLE
RELATED TO THE ENGINE. NOW THERE IS A TIME KING SOUND WITH
FULL OIL CHANGES ON THE PLAN EVERY THREEOMTHS. I TRHLY

1

BELIEVE THIS VEHICLE HAS ENGINE PROBLEMS WITH THE WAY ITS
BUILT.


**NHTSA ID Number:** 11254887
**Incident Date** August 1, 2019
**Consumer Location** BEACON FALLS, CT
**Vehicle Identification Number** 1C4RDJDG3EC****
**Summary of Complaint**
TICKING NOISE FROM ENGINE. GETTING LOUDER WITH TIME AND
WHEN ACCELERATING. VALVE LIFTER BAD. NEED TO BE REPLACED.
TOLD IT IS FREQUENT PROBLEM BY DODGE DEALER FOR THESE
MODELS.


**NHTSA ID Number:** 11299641
**Incident Date** January 10, 2020
**Consumer Location** ELBERTON, GA
**Vehicle Identification Number** 1C4RDHAG8EC****
**Summary of Complaint**
MECHANIC STATED IT WAS A BAD LIFTER IN ENGINE CAUSEING A
TICKING SOUND. AFTER EXTENSIVE RESEARCH ABOUT THIS ISSUE, IT
HAS SHOWN ME THAT THIS IS A RECURRING ISSUE WITH ALOT OF
YOUR DURANGO MODELS AND ALOT OF COMPLAINTS ON THIS NOT
BEING A RECALL ON THESE VEHICLES. MY COMPLAINT IS THAT I
HAVE LESS THAN 88,000 MILES ON MY VEHICLE AND OTHERS WITH
FAR LESS MILEAGE HAVING ENGINE TROUBLE AND
DODGE/CHRYSLER WILL NOT RECALL AND FIX THIS PROBLEM.


**NHTSA ID Number:** 11309859
**Incident Date** February 18, 2020
**Consumer Location** NAVARRE, FL
**Vehicle Identification Number** 1C4RDHDG7EC****
**Summary of Complaint**
I WANTED TO ADD TO THE MOUNTING NUMBER OF NOISY LIFTER
COMPLAINTS THAT ARE ON THE NHTSA WEBSITE. MY 2014 DURANGO
HAD THE 100K MILE WARRANTY AND AT APPROX 96K STARTED
HAVING LIFTER NOISE. DELEARSHIP WAS AWESOME (SANDY
SANSING IN MILTON) WITH FIXING THE VEHICLE. NOW AT 122K

MILES I AM HAVING THE ISSUE AGAIN. NOT SURE IF THEY ARE GOING TO BE AWESOME A SECOND TIME. MY COMPLAINT IS THEY ONLY REPLACED MY #2 ROCKER AND LIFTER ALONG WITH THE EXHAUST CAM. THIS IS A KNOW PROBLEM AND IT SHOULD HAVE ALL BEEN REPLACED. BUT I GET IT, YOU CANT MAKE MONEY THAT WAY. DODGE FIX YOUR PROBLEM PENTASTAR! OH YEAH DEALERSHIP PROVIDED A RENTAL AND EVERYTHING DURING MY WEEK LONG REPAIR.

**NHTSA ID Number:** 11322916
**Incident Date** March 2, 2020
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 1C4RDHDG9EC****
**Summary of Complaint**
I'VE HAD THIS VEHICLE FOR ABOUT 5 YEARS, I BARELY HIT 40K AND I AM EXPERIENCING A LOT OF LIFTER NOISE. WITH ALL THE COMPLAINTS I AM SURPRISED THEY HAVE NOT RECALLED FOR THIS PURPOSE. WHEN IT'S STATIONARY THE SOUND IS A LOT LOUDER THAN WHEN THE VEHICLE IS IN MOTION.

**NHTSA ID Number:** 11328404
**Incident Date** June 8, 2020
**Consumer Location** GUYTON, GA
**Vehicle Identification Number** 1C4RDJEG1EC****
**Summary of Complaint**
WHEN CRANKING UP MY VEHICLE I HEARD A TICKING NOISE, AS I STARTED TO DRIVE THE NOISE BEGAN TO GET LOUDER. I TOOK MY VEHICLE TO THE MECHANIC WHO INFORMED ME THAT I HAVE A BAD LIFTER IN THE ENGINE IT WILL COST OVER $2000 TO GET FIXED OR MORE. I ONLY HAVE 135,000 MILES ON MY DURANGO CITADEL THAT IS A 2014. I SHOULD NOT BE HAVING THIS TYPE OF ENGINE ISSUE THIS SOON. I AM HIGHLY UPSET ABOUT THIS ISSUE. *TR

**NHTSA ID Number:** 11348538
**Incident Date** February 21, 2020
**Consumer Location** SLOATSBURG, NY
**Vehicle Identification Number** 1C4RDJAG9EC****

3

**Summary of Complaint**
WHEN VEHICLE IS RUNNING IN PARK YOU CAN HEAR A CLICKING
SOUND IN THE ENGINE. WHEN IN PARK AND YOU EXCELERATE THE
GAS THE CLICKING SOUNDS GETS FASTER. WHEN IN DRIVE THE
SAME THING HAPPENS. NO ACTUAL ISSUES WITH ENGINE YET, BUT
WITH RESEARCH AND SPEAKING TO OTHER OWNERS OF THE SAME
VEHICLE THEY HAVE HAD THE SAME ISSUE WITH HIGHER MILEAGE.
RESEARCH AND BRINGING IT TO A MECHANIC HAS COME TO THE
CONCLUSION OF A BAD CAM SHAFT AND ROCKERS. TOTAL PARTS
AND LABOR WOULD TOTAL CLOSE TO $2,000.


**NHTSA ID Number:** 11364576
**Incident Date** December 1, 2019
**Consumer Location** SWANSEA, MA
**Vehicle Identification Number** 1C4RDJEG4EC****
**Summary of Complaint**
TICKING NOISE WHEN ENGINE WAS RUNNING. MECHANIC WAS
FAMILIAR WITH NOISE. STATED IT WAS A BAD ROCKER ARM.WHEN
IT WAS TAKEN APART FOUND THAT THE BAD ROCKER HAD ALSO
DAMAGED CAM SHAFT . ENDED UP REPLACING ALL ROCKERS AND
CAMS AT A COST OF 2400.00. MECHANIC ALSO STATED THIS WAS A
WELL KNOW ISSUE WITH THESE MOTORS


**NHTSA ID Number:** 11366623
**Incident Date** October 13, 2020
**Consumer Location** PEMBROKE PINES, FL
**Vehicle Identification Number** 1C4RDHDG9EC****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2014 DODGE DURANGO. THE CONTACT
STATED THAT AT START-UP THERE WAS AN ABNORMAL TAPPING
SOUND COMING FROM THE ENGINE, WITHOUT WARNING. THE
CONTACT STATED THAT THE VEHICLE WAS TAKEN TO SEVERAL
INDEPENDENT MECHANICS WHO WERE UNABLE TO DIAGNOSE THE
FAILURE. UPON INVESTIGATION, THE CONTACT DISCOVERED ONLINE
BY OTHER DODGE DURANGO OWNERS THAT THE DEFECT WAS
RELATED TO THE ENGINE LIFTERS. THE MANUFACTURER WAS
NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE
VIN WAS NOT UNDER RECALL. THE CONTACT WAS PROVIDED A CASE

4

NUMBER AND TRANSFERRED TO NHTSA FOR ASSISTANCE. THE
VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS
UNKNOWN.


**NHTSA ID Number:** 11397020
**Incident Date** February 1, 2021
**Consumer Location** SYLVANIA, GA
**Vehicle Identification Number** 1C4RDHDGXEC****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2014 DODGE DURANGO. THE CONTACT
STATED THAT A TICKING NOISE OCCURRED COMING FROM THE
ENGINE. THE ENGINE WARNING LIGHT ILLUMINATED. THE CONTACT
ALSO STATED THAT THE ENGINE LIGHT WAS FLICKERING. THE
VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC AND WAS
DIAGNOSED HOWEVER, THE MECHANIC WAS UNABLE TO
DETERMINE WHERE THE TICKING NOISE WAS COMING FROM. THE
MECHANIC INFORMED THE CONTACT THAT IT COULD BE THE LIFTER
OF THE CYLINDER HEAD. THE CONTACT STATED THAT THE OXYGEN
SENSOR, SPARK PLUGS, AND COIL PACKS WERE REPLACED. THE
CONTACT CALLED JIMMY BRITT CHRYSLER JEEP DODGE RAM (12114
US-301 S, STATESBORO, GA 30458) AND INFORMED THE DEALER OF
THE FAILURE, AND WAS INFORMED THAT THERE WOULD BE A FEE
FOR DIAGNOSTIC TESTING. THE CONTACT WAS ALSO INFORMED BY
THE DEALER THAT CHRYSLER HAD EXTENDED THE WARRANTY ON
THE TICKING FAILURE HOWEVER, HER VEHICLE YEAR WAS NOT
INCLUDED. THE MANUFACTURER WAS NOT MADE AWARE OF THE
FAILURE. THE FAILURE MILEAGE WAS 156,000.


**NHTSA ID Number:** 11396889
**Incident Date** October 5, 2020
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4RDJDG9EC****
**Summary of Complaint**
1. WHEN I WANT TO START MY CAR IT CRANKS MORE AND LONG
AND DOES NOT START IN FIRST ATTEMPT, SECOND ATTEMPT IT
STARTS. TOOK THE CAR TO THE DEALER THEY TOLD FUEL PUMP,
AND WHEN THE PROBLEM STARTED ITS JUST ONLY 110000KMS. SEND
THE MESSAGE TO FCA THEY DOES NOT CARE THEY TOLD THE CAR

FINISHED MANUFACTURER WARRANTY WE HAVE TO REPAIR AND
ITS A KNOWN PROBLEM FOR THEM. FUNNY PART IS MY FRIEND ALSO
TOOK THE SAME CAR SAME MODEL WITH ONE WEEK DIFFERENCE HE
ALSO FACE THE SAME ISSUES ON SAME MONTH ON 2020 OCT I
BELIVE. I ALREADY REPORTED BUT NO RESPONSE. THIS FUEL PUMP
CAN CAUSE PROBLEM WHILE DRIVING ALSO IF PRESSURE FAILS AND
NO SUPPLY OF FUEL THEN ITBCAN CAUSE ACCIDENT. THE OTHER
THING IS SOME OTHER MANUFACTURER FOR AMERICAN AND
GERMAN CARS ALREADY CALLED FOR RECALL DUE TO FUEL PUMP
ON JAN 2021, STILL FCA MANUFACTURER DOES NOT CARE THEY JUST
IGNORE THE COMPLAINT AND ISSUE TELLING WARRANTY FINISH. 2.
MY SECOND ISSUE HAPPEND WHEN AROUND 65000 LMS ENGINE IS
GIVING NOISE TICKING, DEALER TOLD TAPPET ISSUE WARRANTY
FINISHED CANT DO ANYTHING. U CAN DRIVE ITS JUST GIVE SOUND
ONLY. NOW THE SOUND IS INCREASED AND I INFORMED
MANUFACTURER THEY TOLD Y I DID NOT TELL BEFORE MY
WARRANTY FOR CAR IS FINISHED, AND IF WE GO AND CHECK 2014
MODEL DURANGO THE PROBLEM OS COMMON AND THEY DONT
WANT TO FIX THEY JUST WANT US TO PAY HUGE AMOUNT OF
MONEY TO REPAIR OUR OWN, THEY KNOWS THEIR CAR HAVE THESE
PROBLEMS AND THEY NEVER BOTHERED. ON MY VIEW THEY HAVE
TO TAKE INITIATIVE TO RECALL TO FIX. IF U GO TO COMPLAINT
FORUM THERE IS LOT LIKE THIS PROBLM. FCA JUST DONT CARE
AFTER THEY SELL THEIR CAR AND WANT TO PAY HUGE AMOUNT OF
MONEY AMD DOES NOT GIVE RELIABLE CAR. NHSTA HAVE TO
INVOLVE AND TAKE ACTION. HOPE I WILL GET POSITIVE ACTION
FROM NHSTA WHERE MANUFACTURER IGNORED.


**NHTSA ID Number:** 11403243
**Incident Date** March 16, 2021
**Consumer Location** RAMSEY, NJ
**Vehicle Identification Number** 1C4RDJDG9EC****
**Summary of Complaint**
2014 DODGE DURANGO, WITH 125,000. HAS RECENTLY REQUIRED
REPLACEMENT OF THE OIL/COOLAND HOUSING, WHICH HAS A
KNOWN DEFECT AND COST $1800 (MEINEKE). NOW REQUIRES
REPLACEMENT OF ROCKER/LIFTERS/CAM AT A COST OF $4,200
(RAMSEY DODGE, CHRYSLER JEEP). BOTH REPAIRS ARE KNOWN
DEFECTS, BUT NOT WARRANTIED OR SUBJECT TO RECALL BY

CHRYSLER DESPITE THESE WELL KNOWN ISSUES AND A RECENT
LAWSUIT.


**NHTSA ID Number:** 11220794
**Incident Date** June 1, 2019
**Consumer Location** ASTORIA, NY
**Vehicle Identification Number** 1C4RDJDG2FC****
**Summary of Complaint**
IAM TIERD OF GOING TO THE DEALER ENGINE TICKING , CALIPERS
FRONT MAKING NOISE , EXPERIENCED BUCKING , HESITATION
DURING ACCELERATION, BACK OF TRUCK MAKING NOISE WEN
BACKING OUT OF DRIVE WAY , AC UNIT EVAPORATOR GONE BAD ,
CAM SHAFT AND ROCKETS WENT , I ONLY HAVE 40 THOUSAND
MILES ON IT , AND I BABY THE TRUCK .. WHAT IS GOING ON WITH
THIS MODEL???? EVERY TIME I GOT IT THE DEALER SOMETHING ELSE
GOES BAD...THE VEHICLE HAS TROUBLE ADJUSTING TO BAROMETER
CHANGES , SUN ROOF LEAKED WATER TWICE DURING A STORM INTO
MY SUNGLASSES HOLDER.. CALIPERS SQUEAK AND PIN STUCK LEFT
FRONT CALIPER , SOMETHING HAS TO BE DONE I CAN'T KEEP GOINTO
THE DEALER PLEASE IS THIS TRUCK A LEMON?


**NHTSA ID Number:** 11353755
**Incident Date** September 2, 2020
**Consumer Location** KOSCIUSKO, MS
**Vehicle Identification Number** 1C4RDHAGXFC****
**Summary of Complaint**
MY ENGINE HAS STARTED MAKING A TICKING NOISE. I GOT ONLINE
AND DID SOME RESEARCH AND THIS IS A WELL KNOWN ISSUE FOR
THIS ENGINE. WHY HAS THERE NOT BEEN SOME SORT OF RECALL IF
THIS IS COMMON?


**NHTSA ID Number:** 11361315
**Incident Date** August 4, 2020
**Consumer Location** STROUDSBURG, PA
**Vehicle Identification Number** 1C4RDJDG8FC****
**Summary of Complaint**

7

ROCKER ARMS OR LIFTERS CAUSING 'TICKING NOISE/ SOUND' AT 113,000 MILES. AFTER ONLINE RESEARCH, MANY DODGE DURANGO 2014 AND LATER MODES HAVE SAME ISSUE.

**NHTSA ID Number:** 11363918
**Incident Date** October 1, 2020
**Consumer Location** AMARILLO, TX
**Vehicle Identification Number** 1C4RDJDGXFC****
**Summary of Complaint**
I AM AT 92,000 MILES AND I HAVE A TICKING SOUND IN MY ENGINE. WHILE JUST IN PARK YOU CAN HEAR THE TICKING SOUND AS WELL AS WHEN YOU EXCEL WHILE DRIVING. I DO MY OIL CHANGES EVERY 3,000 MILES AND I SEEN THIS IS AN ISSUES ON A LOT OF OTHER DODGE DURANGO MODELS. SHOULD THIS ME A RECALL WITH THIS HAPPENING TO SO MANY?

**NHTSA ID Number:** 11376274
**Incident Date** November 20, 2020
**Consumer Location** ALEXANDRIA, VA
**Vehicle Identification Number** 1C4RDJEG7FC****
**Summary of Complaint**
I HEARD A TICKING NOISE COMING FROM THE RIGHT SIDE OF THE ENGINE. TOOK IT TO FARRISH OF FAIRFAX, VA (703-273-0200) DEALERSHIP AND THEY DID THE FOLLOWING, "REMOVED VALVE COVER AND INSPECT VALVE TRAIN. FOUND WORN OUT ROCKERS ON CYLINDER #5 INTAKE. CAMSHAFT LOBE ALSO WORN OUT. REPLACED RIGHT BANK INTAKE CAMSHAFT." AT THE CURRENT LEVEL, WE DID NOT NOTICE ANY DRIVABILITY ISSUES AND FUEL MILEAGE APPEARED TO BE NORMAL. WE COULDN'T EVEN HEAR THE TICKING FROM INSIDE THE CAR WITH THE WINDOWS UP AND RADIO OFF. WE COULD ONLY HEAR IT FORM OUTSIDE THE VEHICLE. THIS APPEARS TO BE A COMMON ISSUE. THE MECHANIC KNEW EXACTLY WHAT IT WAS WHEN I TOLD HIM WE HAD A TICKING NOISE IN A DURANGO. I DIDN'T TELL HIM THE ENGINE AND HE CAME BACK WITH "IF IT'S A 3.6 MOTOR PROBABLY A WORN OUT CAMSHAFT CAUSED BY ROCKER ARM ROLLER BEARINGS WEARING OUT PREMATURELY. BRING IT ON IN." HERE'S TWO LINKS TO A SIMILAR OWNERS' EXPERIENCES: HTTPS://WWW.YOUTUBE.COM/WATCH?V=2DPHCJLDSW4

HTTPS://WWW.YOUTUBE.COM/WATCH?V=JZIF0GC4BGI WE ONLY HAD
49,237 MILES ON THE VEHICLE, BUT WERE JUST OUT OF THE 5
YEAR/100,000 MILE POWERTRAIN WARRANTY. DEALERSHIP DID
COVER COST OF REPAIR.


**NHTSA ID Number:** 11435319
**Incident Date** September 24, 2021
**Consumer Location** BALDWIN PARK, CA
**Vehicle Identification Number** 1C4RDHAG6FC****
**Summary of Complaint**
There is a ticking sound coming from my engine. The dealer told me I need to
replace my rocker arms. I've search and seen a lot of people having this problem
with the rocker arms failing in the engine. If "a lot" of people are having this
problem it sounds to me like a part defect by the manufacturer...


**NHTSA ID Number:** 11341406
**Incident Date** June 1, 2018
**Consumer Location** MCALLEN, TX
**Vehicle Identification Number** 1C4RDHAG6GC****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
ON 06/2018 I CAME HOME AND PULLED INTO OUR DRIVEWAY. I PUT
OUR DODGE DURANGO 2016 WITH 21110 MILES IN THE PARK
POSITION AND I THEN OPENED OUR GARAGE DOOR HALFWAY OPEN.
I WALKED UNDER THE DOOR AND WENT INTO THE HOUSE TO GET
MY WALLET OUT OF MY PANTS WHICH I WAS WEARING EARLIER. IT
WAS A COUPLE MINUTES LATER WHEN MY WIFE AND I HEARD A BIG
BANG. WE BOTH RAN OUT TO THE GARAGE AND SAW THE 2016
DODGE DURANGO SUV HALFWAY INTO THE GARAGE. THE GARAGE
DOOR WAS STOPPING THE SUV FROM GAINING SPEED AND COMING
INTO THE HOUSE. IT DAMAGE OUR GARAGE DOOR SIGNIFICANTLY
AND PUT SCRATCHES ON OUR SUV HOOD AND WINDSHIELD.
LUCKILY THE GARAGE DOOR STOPPED IT OTHERWISE IT WOULD'VE
BROKEN DOWN THE WALL AND COULD'VE RAN OVER ONE OF OUR
CHILDREN OR US OR DONE SO MUCH DAMAGE. MY GARAGE DOOR IS

9

DAMAGED IN OUR SUV IS SCRATCHED UP AND FORTUNATELY IT'S NOT OUR LIFE THAT WAS HURT. AS FAR AS THE ENGINE IS CONCERNED WITH YOU A KNOCKING WHEN WE PRESS THE GAS AT FIRST. BETWEEN FIRST AND SECOND GEAR. SOUND LIKE A LIFTER IS GOING OR ARE BAD


**NHTSA ID Number:** 11143719
**Incident Date** August 31, 2018
**Consumer Location** DORAL, FL
**Vehicle Identification Number** 1C4AJWAG2EL****
**Summary of Complaint**
MY CAR RECENTLY STARTED A TICKING NOISE THAT WILL NOT GO AWAY. TICKING INCREASES WHILE VEHICLE ACCELERATES.


**NHTSA ID Number:** 11183319
**Incident Date** February 28, 2019
**Consumer Location** NORTH RIVERSIDE, IL
**Vehicle Identification Number** 1C4AJWBG2EL****
**Summary of Complaint**
I HAVE THE 2014 JEEP WRANGLER WITH ONLY 47000 MILES. I HAVE KEPT EXCELLENT CARE OF THIS VEHICLE AND IT IS USED ONLY AS DAILY DRIVER WITH NO ABUSE WHATSOEVER.JUST WITHIN THE MONTH OF 2/2019 A CODE; P0305 MISFIRE DEVELOPED WITH THE TYPICAL PENASTAR ENGINE "KNOCK" AND IDLING ROUGH. ALSO, THE LAST WEEK OF 2/2019 THERE WAS A LARGE OIL SPOT ON MY GARAGE FLOOR DUE TO AN OIL COOLER/OIL HOUSING LEAK. WE IMMEDIATELY CONTACTED THE SERVICE SUPERVISOR AT THE DEALERSHIP WHO STATED THAT THIS HAS BEEN A COMMON OCCURANCE AND THE OIL COOLER/HOUSING UNIT IS REPLACED OFTEN. HOW IT IS POSSIBLE THAT CHRYSLER CAN ALLOW THIS? AT 47000 MILES THIS SHOULD NEVER HAPPEN AND IS ENEXCEPTABLE.UNTIL THIS EXTENSIVE REPAIR IS COMPLETED THE VEHICLE IS IS RENDERED USELESS AND MY JOB IS NOW INTERRUPTED. NOW IN ADDTION TO THE MISFIRE I NOW HAVE THIS HUGE OIL LEAK TO CONTEND WITH; PLEASE REFER TO THE PICTURE ATTACHED OF THE OIL STAIN THAT WAS DISCOVERED ON MY GARAGE FLOOR.... THE ENTIRE BOTTOM OF THE OF MY TRANSMISSION/BELL HOUSING AND CROSS MEMBER COVERED IN

OIL. MOREOVER I JUST RECEIVED AN LETTER INFORMING ME THAT
THE PASSENGER SIDE AIR BAG ALSO IS RECALLED AND I HAVE YET
TO ADDRESS THIS AS WELL. I WILL NEVER PURCHASE ANOTHER
CHRYSLER PRODUCT AGAIN. I CAN'T TELL YOU THE LEVEL OF
DISAPPOINTMENT AND BETRAYAL I FEEL FOR BUYING AN
"AMERICAN MADE" CAR. I HOPE CHRYSLER/FIAT CORPERATE IS
ENJOYING SHORT CHANGING THE CONSUMER BUY USING INFERIOR
AND FAULTY PARTS TO SAVE MONEY AND RIP OFF THE CONSUMER
THIS WAY. I AM SURE NO ONE CARES AND I AM JUST WASTING MY
TIME BUT THIS SHOULD BE NOTED AND PEOPLE MADE AWARE.

**NHTSA ID Number:** 11221978
**Incident Date** June 16, 2019
**Consumer Location** NEWNAN, GA
**Vehicle Identification Number** 1C4BJWDG4EL****
**Summary of Complaint**
ENGINE STARTED TICKING SOUNDS LIKE A VALVE OR LIFTER

**NHTSA ID Number:** 11229371
**Incident Date** June 1, 2019
**Consumer Location** NEWNAN, GA
**Vehicle Identification Number** 1C4BJWDG4EL****
**Summary of Complaint**
3.6 TICKING NOISE SOUNDS LIKE LIFTERS OR ROCKERS

**NHTSA ID Number:** 11287817
**Incident Date** October 13, 2019
**Consumer Location** FREMONT, CA
**Vehicle Identification Number** 1C4BJWDG7EL****
**Summary of Complaint**
TICKING NOISE FROM THE ENGINE ON BOTH DRIVER AND
PASSENGER SIDES. THE NOISE BECOMES LOUDER WHEN THE ENGINE
GETS WARM, ESPECIALLY WHEN IT IS CLOSE TO A WALL OR OTHER
VEHICLES. DIAGNOSTIC FROM DEALERSHIP SAYS IT IS DUE TO
ROCKER ARM FAILURES.

**NHTSA ID Number:** 11288067
**Incident Date** December 5, 2019
**Consumer Location** MINERSVILLE, PA
**Vehicle Identification Number** 1C4AJWAG1EL****
**Summary of Complaint**
NO OIL PRESSURE AND CHECK ENGINE LIGHT ON,NOISE FROM THE
ENGINE LIFTERS KNOCKING NOW THE DEALER SHOWS ME DIRT ON
THE INTAKE MANIFOLD COVER AND THAT IS WAY THE ENGINE
SEIZED. THE OIL SENSOR NOT WORKING I SAID.


**NHTSA ID Number:** 11324267
**Incident Date** May 1, 2020
**Consumer Location** CHESTER, VA
**Vehicle Identification Number** 1C4BJWEG1EL****
**Summary of Complaint**
TICKING NOISES WHEN VEHICLE IN MOTION FOR HIGHWAY DRIVING
AND CITY DRIVING. LEFT CYLINDER HEAD CRACKS. *TR


**NHTSA ID Number:** 11330608
**Incident Date** April 15, 2020
**Consumer Location** CAYEY, PR
**Vehicle Identification Number** 1C4BJWDG2EL****
**Summary of Complaint**
THE LIFTERS ARE SOUNDING AND CAN CAUSE THE ENGINE TO MAL
FUNCTION OR STOP WORKING ALL TOGETHER. I KNOW OF 2 OTHER
PEOPLE CLOSE TO ME THAT THIS IS HAPPENING TO ALSO. *TR


**NHTSA ID Number:** 11338760
**Incident Date** January 5, 2019
**Consumer Location** WINTER HAVEN, FL
**Vehicle Identification Number** 1C4AJWAG8EL****
**Summary of Complaint**
MOTOR HAS A CONSTANT TIC SEEMS TO BE GETTING LOUDER AS
TIME GOES ON


**NHTSA ID Number:** 11340614

**Incident Date** March 1, 2020
**Consumer Location** SWEETWATER, TN
**Vehicle Identification Number** 1C4BJWEG2EL****
**Summary of Complaint**
WHEN MY 2014 JEEP WRANGLER JKU IS RUNNING, THERE IS A LOUD
ENGINE TICKING NOISE THAT IS COMING FROM THE DRIVER'S SIDE
OF THE ENGINE. IT IS A LIFTER THAT NEEDS TO BE REPLACED AS
WELL AS THE CAM. THE JEEP RUNS FINE, BUT THE NOISE IS
TROUBLING. IT'S A COSTLY REPAIR!

**NHTSA ID Number:** 11343027
**Incident Date** August 1, 2020
**Consumer Location** SARASOTA, FL
**Vehicle Identification Number** 1C4BJWEG7EL****
**Summary of Complaint**
LOUD TICKING FROM THE LEFT SIDE OF ENGINE. A KNOWN PROBLEM
WITH MANY MODEL YEARS OF JEEPS. I WAS TOLD I DO NOT HAVE
THE WARRANTY ANY LONGER BECAUSE MY WARRANTY FOR THE
VEHICLE STARTED IN 2013. IF I DID, THIS KNOWN ISSUE WOULD NOT
BE COVERED. SHOP WANTED 3K DOLLARS TO REPAIR. SOUND
HAPPENS WITH CAR RUNNING ALL THE TIME IN DRIVE OR JUST IDLE.
GETS LOUDER AS I ACCELERATE.

**NHTSA ID Number:** 11363061
**Incident Date** October 1, 2020
**Consumer Location** FORT HOOD, TX
**Vehicle Identification Number** 1C4BJWDG2EL****
**Summary of Complaint**
VEHICLE ONLY HAS ABOUT 66K MILES AND AFTER A NEW OIL
CHANGE, I COULD HEAR A TICKING NOISE COMING FROM THE
ENGINE BAY. AFTER TAKING IT TO A MECHANIC AND RESEARCHING
FOR SIMILAR ISSUES FROM OTHER JEEP OWNERS. IT SEEMS THE 3.6L
PENTASTAR ENGINE IS NOTORIOUS FOR HAVING A CAMSHAFT OR
LIFTER GO BAD

**NHTSA ID Number:** 11374831
**Incident Date** November 2, 2020

13

**Consumer Location** METAIRIE, LA
**Vehicle Identification Number** 1C4NJWFG2EL****
**Summary of Complaint**
I ONLY HAVE 56,000 MILES ON MY 2014 JEEP RUBICON UNLIMITED
AND THE MOTOR IS ALREADY MAKING A TICKING NOISE.. NOT ONLY
DO I CHANGE MY OIL AT THE RECOMMENDED MILEAGE I ALSO BUY
THE MOST EXPENSIVE AND THE BEST OIL SO I WOULDN'T HAVE TO
DEAL WITH SOMETHING LIKE THIS.


**NHTSA ID Number:** 11377445
**Incident Date** April 9, 2020
**Consumer Location** FALMOUTH, MA
**Vehicle Identification Number** 1C4BJWDG4EL****
**Summary of Complaint**
I PURCHASED A 2014 JEEP WRANGLER UNLIMITED WITH THE 3.6
LITER PENTASTAR ENGINE. I BOUGHT IT WITH 75K MILES. AFTER
DRIVING ABOUT 500 MILES, THERE WAS A VERY LOUD TICKING
NOISE COMING FROM THE LEFT SIDE OF THE ENGINE. I CONTACTED
THE LOCAL JEEP DEALER AND WAS TOLD THAT THIS IS A VERY
COMMON PROBLEM AND SAID THE REPAIRS START AT $2,200. I DID
SOME RESEARCH ON THE INTERNET PERTAINING TO THIS TICKING
AND NUMEROUS VIDEOS ON YOUTUBE SHOWING HOW TO REPAIR
THE LIFTER NOISE. THIS IS A KNOWN PROBLEM AND I FEEL
CHRYSLER SHOULD MAKE THE FIX


**NHTSA ID Number:** 11385998
**Incident Date** December 1, 2020
**Consumer Location** PALM HARBOR, FL
**Vehicle Identification Number** 1C4BJWDG8EL****
**Summary of Complaint**
DEFECTIVE BEARING IN ROCKER ARM LEADING TO ENGINE FAILURE.
IT IS A COMMON PROBLEM WITH THE ENGINE ON THESE VEHICLES.
WHEN ENGINE FAILURE OCCURS, THERE IS LOSS OF POWER
STEERING, PROPULSION, AND DIFFICULT BRAKING.


**NHTSA ID Number:** 11396200
**Incident Date** July 10, 2019

**Consumer Location** SPRINGVILLE, AL
**Vehicle Identification Number** 1C4BJWKGXEL****
**Summary of Complaint**
ROCKER ARMS WERE REPLACED AT 88,000 MILES AND NOW AT
110,000 THEY NEED REPLACED AGAIN. OIL CHANGES DONE AT EVERY
3000 MILES DUE TO DUSTY CONDITIONS ON MAIL ROUTE. VERY
FRUSTRATING SEVERAL CO-WORKERS HAVE SAME COMPLAINT AS
THESE VEHICLES ARE GREAT FOR THE JOB THEY ARE BUILT FOR .
THIS EXPENSE SHOULD NOT BE A FACTOR IN CONSIDERING THESE
VEHICLES FOR PURCHASE TO WORK AT THIS JOB..

**NHTSA ID Number:** 11432988
**Incident Date** September 14, 2021
**Consumer Location** FRUITA, CO
**Vehicle Identification Number** 1c4bjwfg8el****
**Summary of Complaint**
Issue with lifters ticking at 49k miles

**NHTSA ID Number:** 11271324
**Incident Date** October 26, 2019
**Consumer Location** TAMPA, FL
**Vehicle Identification Number** 1C4AJWAG5FL****
**Summary of Complaint**
AT APPROXIMATELY 12K MILES I NOTICED THAT WHEN THE VEHICLE
WAS STARTED AND MOVED FROM THE STREET TO THE DRIVEWAY
AND TURNED OFF BEFORE IT COULD REACH NORMAL OPERATING
TEMPERATURE, UPON RESTART, THERE WOULD BE A PUFF OF BLUE
SMOKE FROM THE EXHAUST. THE DEALERSHIP INVESTIGATED AND
SAID THAT THEY COULD NOT DUPLICATE THE ISSUE. AT 20,500 MILES
THE VEHICLE WAS RUNNING POORLY AND THE CHECK ENGINE
LIGHT CAME ON. THE DEALERSHIP SAID A FUEL INJECTOR HAD GONE
BAD AND THEY ALSO FOUND 3 BAD ENGINE ROCKER ARMS. THE
ROCKER ARMS WERE REPLACED UNDER WARRANTY.
INCIDENTALLY, THE ISSUE WITH THE BLUE SMOKE FROM THE
EXHAUST DISAPPEARED. AT 28,000 MILES THE ENGINE WAS
BEGINNING TO DEVELOP AN AUDIBLE TICKING NOISE. THE
DEALERSHIP INVESTIGATED AND THIS TIME REPLACED 4 BAD
ROCKER ARMS. AT LEAST 1 OF THE ROCKER ARMS WAS THE SAME

ONE (#1 INTAKE) THAT HAD BEEN REPLACED DURING THE PRIOR
SERVICING.


**NHTSA ID Number:** 11300162
**Incident Date** October 24, 2019
**Consumer Location** MIDDLETOWN, DE
**Vehicle Identification Number** 1C4GJWBG1FL****
**Summary of Complaint**
PURCHASED 6/26/19 W/ 49K MI; TAPPING NOISE DEVELOPS AT 54K;
PERSONAL, HIGHLY QUALIFIED/EXPERIENCE MECHANIC REFERRED
ME TO DEALER - TAP WAS ENGINE ISSUE. ON 10/14/19 DEALER
REPLACED LIFTERS/CAMS/ROCKERS (WARRANTY UNTIL 10/20/19).
NOT NORMAL ON VEHICLE W/ ONLY 55K. DEALER AWARE OF
CYLINDER MISFIRES ON JKS BUT DID NO DIAGNOSTIC TEST TO
DETERMINE WHY LIFTERS/CAMS/ROCKERS FAILED; DID NOT
PERFORM INSPECTION. TEN DAYS LATER, CEL WITH PO302 (#2
MISFIRE). REPLACED PLUGS; COIL CODE DID NOT CLEAR. RETURN TO
DEALER WHO STATED WORK WAS NOT RELATED TO PREVIOUS
WORK THEY JUST COMPLETED AND ACKNOWLEDGED MISFIRE IS A
COMMON PROBLEM THEY ROUTINELY IN WRANGLERS THEY
SERVICE. DEALER ALSO STATED THE 2011-2013 TSB EXTENDED
WARRANTY ALSO APPLIED BEYOND THOSE MODEL YEARS TO OTHER
ENGINES FROM SPECIFIC PRODUCTION RUNS BUT WOULD NOT
PROVIDE INFO. FILED COMPLAINT WITH JEEP CUST CARE WHO SAID
SAME - NOT UNDER WARRANTY, REFERRED ME BACK TO DEALER.
NOT ASKING JEEP TO REPAIR ENGINE WITH EXCESSIVE MILEAGE OR
WEAR - I AM ASKING JEEP TO EXTEND SAME COVERAGE AS 2011-2013
BECAUSE JEEP HAS NOT CORRECTED THE PROBLEM. NO ENGINE
WITH 55K MILES SHOULD NEED THE EXTENT OF ENGINE WORK I'VE
HAD DONE WITH LOW MILEAGE. THERE ARE NUMEROUS
DOCUMENTED COMPLAINTS OF MISFIRE FOR WRANGLER AND CLASS
ACTION SUIT FILED FOR PENTASTAR ENGINE DEFECTS.


**NHTSA ID Number:** 11309889
**Incident Date** February 4, 2020
**Consumer Location** WINTER PARK, FL
**Vehicle Identification Number** 1C4AJWAG1FL****
**Summary of Complaint**

AT 41,900 MILES A NOTICEABLE CLICKING/TAPPING NOISE ANYTIME THE ENGINE ON. IT CAME ON SUDDENLY AND WHEN MECHANIC HEARD IT HE THOUGHT ROCKER ARMS OR LIFTERS HAVE FAILED . HAD DIAGNOSTIC AND MECHANIC FOUND 2 ROCKER ARMS WERE BAD . THANKFULLY CAMS WITHOUT DAMAGE PER MECHANIC LIKELY DUE TO SEEKING REPAIRS SO QUICKLY


**NHTSA ID Number:** 11326259
**Incident Date** May 27, 2020
**Consumer Location** PASS CHRISTIAN, MS
**Vehicle Identification Number** 1C4BJWEG7FL****
**Summary of Complaint**
FIRST OWNER OF VEHICLE. ISSUES BEGAN WITH ENGINE LIGHT APPEARING/BLINKING & VEHICLE STRUGGLING TO RUN WITHIN 15K MILES. DEALERSHIP DIAGNOSED AS CYLINDER MISFIRE & REPAIRED. HAS OCCURRED MULTIPLE TIMES OVER LIFE OF OWNERSHIP-ALWAYS DIAGNOSES AS MISFIRES. AT APX 75K MILES, UPON CRANKING & DURING OPERATION, HEATER BECAME INCONSISTENT IN OPERATION & THIS IS STILL AN ISSUE. AT APX 80K MILES, UPON CRANKING & DURING OPERATION, TICKING NOISE FROM FRONT PASSENGER SIDE BEGAN. FAINT AT FIRST & BECAME INCREASINGLY LOUDER WITHIN SEVERAL DAYS. OUT OF WARRANTY. SOLID CHECK ENGINE LIGHT BEGAN TO APPEAR OFF/ON, REMAINING ON FOR 24-48HRS THEN OFF 24-48HRS. AIR CONDITIONER CONDITIONER HAS ABOUT A 15 SEC DELAY BEFORE IT TURNS ON AT EVERY CRANK & POWER LIGHT FOR A/C SLOWLY BLINKS UNTIL AFTER THE DELAYED START. MECHANIC FOUND 2 ROCKER HEADS DAMAGED & THEY WERE REPLACED. LIGHT NOT ON AT REPAIR & CODE COULD NOT BE PULLED. WITHIN 2 DAYS OF REPAIR, A FAINT TICKING NOISE BECAME PRESENT ON DRIVERS SIDE. HAS BEEN A WEEK & TICKING IS NOW EXTREMELY LOUD. I AM ONE OF MANY WITH PARALLEL ISSUES & REQUEST THIS BE ADDRESSED AS MY YEAR & VIN DO NOT FALL IN TO THE APPROVED EXTENDED WARRANTY TO COVER THESE VERY SAME ISSUES. *TR


**NHTSA ID Number:** 11372504
**Incident Date** October 1, 2020
**Consumer Location** BRONX, NY

17

**Vehicle Identification Number** 1C4BJWDG8FL****
**Summary of Complaint**
ARM ROCKERS IN THE INJUN CONSTANTLY HAVE TO BE REPLACED.
GIVING THE INJUN A KNOCKING SONG.


**NHTSA ID Number:** 11386301
**Incident Date** October 25, 2020
**Consumer Location** MILLIS, MA
**Vehicle Identification Number** 1C4BJWDG7FL****
**Summary of Complaint**
I GET FREQUENT OIL CHANGES AND I NOTICED THAT THE LAST TWO
OIL CHANGES IT STARTED MAKING THIS TICKING NOISE. I BROUGHT
IT TO MY MECHANIC AND HE TOLD ME THAT AFTER THE NEXT FEW
OIL CHANGES IT SHOULD GO AWAY. THAN MY OTHER MECHANIC
THAT HEARD THIS TICKING NOISE SAID THAT IT WAS SERIOUS AND
THIS HAS SOMETHING TO DO WITH AN ENGINE PART CALLLED A
LIFTER. I NERVOUS WHEN HE TOLD ME THAT IF IT'S NOT FIXED THE
ENGINE COULD SEIZE. I JUST BOUGHT THIS JEEP FROM A DEALER
NOT KNOWING THIS WAS A COMMON PROBLEM AMONG
WRANGLERS. I DID MY RESEARCH AND CAME TO THE CONCLUSION
THAT IT HAS NOTHING TO DO WITH THE MILEAGE BUT MORE SO ON
HOW THE ENGINE WAS BUILT. I SPOKE TO NUMBER OF DEALERSHIPS
AND THEY FIX THIS COMMON PROBLEM ON ALL AGES AND MILEAGE
WRANGLERS. THE ESTIMATED COST OF REPAIR WOULD RANGE
FROM $2000 AND UP. I DON'T THINK WE AS CONSUMERS OF THIS
PRODUCT SHOULD BE REPAIRING AN ENGINE PROBLEM FROM
CHRYSLER. I DON'T HAVE ANY PICTURES YET TIL THE DEALERSHIP
OPENS UP THE ENGINE


**NHTSA ID Number:** 11403890
**Incident Date** February 25, 2021
**Consumer Location** MYRTLE BEACH, SC
**Vehicle Identification Number** 1C4BJWEG2FL****
**Summary of Complaint**
CEL ON SCAN FOR CODE PO302 CYLINDER 2MISFIRE. R&R SPARK
PLUGS, IGNITION COIL, AIR FILTER, UPPER INTAKE GASKET & CLEAN
THROTTLE BODY. PERFORM UPPER INDUCTION CLEANING. FOUND
MISFIRE TO RETURN ONLY ON IDLE ON CYLINDER 2. PERFORM

COMPRESSION TEST. COMPRESSION SPEC OK. REPLACED PLUGS AND COIL AGAIN. THERE IS A SLIGHT TICK FROM CYLINDER 2 VALVE TRAIN AREA. RECOMMEND GOING TO DEALER. DEALER: ENGINE DOES HAVE A SLIGHT TICK. PERFORMED A COMPRESSION TEST AND LEAK DIWN TEST. FOUND LIW COMPRESSION AND AN 80% LEAK ON THE EXHAUST SIDE OF CYLINDER 2. REMOVED THE CYLINDER HEAD AND FOUND THE EXHAUST VALVES BURNT AND EXCESSIVE PLAY IN THE VALVE GUIDES. REPLACED THE LEFT CYLINDER HEAD, ROCKER ARMS AND LIFTERS. CLEARED CODES AND ROAD TESTED VEHICLE. MISFIRE NO LONGER PRESENT. THIS IS ON A 2015 WRANGLER SAHARA UNLIMITED WITH ONLY 51,892 MILES

**NHTSA ID Number:** 11404629
**Incident Date** January 27, 2021
**Consumer Location** FREDERICK, MD
**Vehicle Identification Number** 1C4HJWEG6FL****
**Summary of Complaint**
NOTICED SIGNIFICANT KNOCKING NOISE COMING FROM ENGINE THAT CONTINUED TO GET LOUDER. TOOK TO DEALER FOR A NICE 2 THOUSAND DOLLAR FIX. DEALER REPLACED RIGHT SIDE LIFTERS, ROCKER ARMS, AND BOTH CAM SHAFTS. THIS SOUNDS WAY TOO MUCH LIKE THE 2011-2013 ISSUE THAT JEEP "FIXED" AND WAS UNDER WARRANTY FOR THOSE IT SOUNDS LIKE. VERY COINCIDENTAL AND I AM NOT THE ONLY ONE WITH THESE ISSUES BASED ON JEEP FORUMS

**NHTSA ID Number:** 11415187
**Incident Date** April 28, 2021
**Consumer Location** PACIFIC PALISADES, CA
**Vehicle Identification Number** 1C4BJWEG1FL****
**Summary of Complaint**
APOLOGIES IF THIS COMPLAINT IS A REPEAT, BUT I KEEP GETTING A SUBMISSION ERROR NOTICE WHENEVER I TRY TO SUBMIT THIS FORM. THE JEEP 4.0 LITER SIX CYLINDER ENGINE HAS A KNOWN DEFECT WITH RESPECT TO THE ROCKER ARM BEARINGS THAT CAUSES A LOUD TICKING NOISE IN THE ENGINE AND FAILURE OF THE EXHAUST AND INTAKE CAMSHAFTS. THIS HAPPENED TO OUR 2015 JEEP IN JANUARY 2020 WHEN IT HAD ONLY 31,000 MILES BUT WAS ONE MONTH OUT OF WARRANTY. CHRYSLER DID FIX IT AT

THAT TIME AS A COURTESY SUBJECT TO A $100 FEE, AND A COPY OF THE INVOICE FOR THAT REPAIR IS PROVIDED. UNFORTUNATELY, A LITTLE OVER ONE YEAR LATER, AND WITH LESS THAN 10,000 MILES HAVING BEEN DRIVEN SINCE THE INITIAL REPAIR, THE SAME PROBLEM HAS REAPPEARED. THE DEALER IS NOW CLAIMING THE PROBLEM IS WITH THE REMAINING ROCKERS THAT WERE NOT REPLACED, AS IT IS CHRYSLER'S POLICY TO ONLY REPLACE THE ROCKER ARMS AND CAMSHAFTS THAT ARE DAMAGED AT THAT TIME. THE SERVICE MANAGER AT THE DEALER SAYS THAT THEY "SEE THIS ALL THE TIME" AND THAT THEY TRY TO GET ALL THE ROCKER ARMS REPLACED WHEN DOING ANY REPAIRS, BUT CHRYSLER DOES NOT ALLOW THEM TO DO SO. OF COURSE, CHRYSLER IS NOW REFUSING TO COVER THE REPAIRS, EVEN THOUGH THIS IS A KNOWN PROBLEM AND SHOULD HAVE BEEN FIXED THE FIRST TIME. THIS IS TOTALLY UNACCEPTABLE, AND CHRYSLER SHOULD BE FORCED TO DO A FULL RECALL OF ALL AFFECTED ENGINES AND PAY FOR ALL REQUIRED REPAIRS. THERE ARE THOUSANDS OF COMPLAINTS ABOUT THIS PROBLEM ONLINE, YET CHRYSLER STILL REFUSES TO CORRECT THIS PROBLEM.

**NHTSA ID Number:** 11421668
**Incident Date** June 13, 2021
**Consumer Location** HOLLYWOOD, FL
**Vehicle Identification Number** 1C4AJWAG8FL****
**Summary of Complaint**
I have a 2015 Jeep Wrangler with the Fiat Chrysler's 3.6 liter V- 6 Pentastar engine. The Jeep has only 44,465 miles on it and now has apparent design and manufacturing defects on the engine's left side , its the Pentastar Tick. The Tick Tick Tick is very loud and the engine will shudder, its only a matter of time before the engine shuts off on the highway when I am driving causing an accident. My dealer Hollywood Chrysler Jeep estimated repairs - need left side cams and full set of rockers - oil filter housing is leaking replace - replace abs sensor - coolant flush - carbon fuel cleaning -fluids service total $6,000.07 invoice # 584685. It looks like the cylinder head, gasket, cams, lifters and rockers need to be replaced. Chrysler needs to disclose these defects. Yes my jeep is available for inspection.

**NHTSA ID Number:** 11437248
**Incident Date** October 8, 2021

**Consumer Location** SCOTTSDALE, AZ
**Vehicle Identification Number** 1C4BJWFG7FL****
**Summary of Complaint**
My 2015 Jeep Wrangler with 80,200 developed the well know Pentastar Tick. The Jeep would misfire at idle when slowing to a stop light. The check engine light came on and the code was a P0304. I'm the original owner and took it to the dealer I purchased it from. They diagnosed the issue and called me stating that he Jeep needs new rockers and a cam shaft on the drivers side engine bank. FCA has known about this issue since 2012. I called FCA to see if they would provide any assistance to repair the Jeep. FCA refused to acknowledge that this issue exists and refuses any assistance for owners even slightly out of warranty even though it is a manufacturing defect.

**NHTSA ID Number:** 10950125
**Incident Date** August 15, 2016
**Consumer Location** BEATRICE, AL
**Vehicle Identification Number** 1C4BJWKGOGL****
**Summary of Complaint**
ENGINE TICKING ON LEFT SIDE. THIS SEEMS TO BE A COMMON PROBLEM WITH THE 3.6 PENSTAR ENGINE. I'VE TAKEN IT TO TWO DIFFERENT JEEP DEALERSHIPS AND BOTH OF THEM SAID PRETTY MUCH THAT THIS IS SOMETHING I'LL JUST HAVE TO DEAL WITH. THAT IS TOTALLY UNACCEPTABLE. THIS WAS OVER A 30 THOUSAND DOLLAR INVESTMENT. THIS JEEP DIDN'T HAVE THIS PROBLEM WHEN I PURCHASED IT OTHERWISE I WOULDN'THAVE BOUGHT IT. LOOKING TO THE NHTSA FOR A SOLUTION.

**NHTSA ID Number:** 11286619
**Incident Date** November 22, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 1C4BJWKG7GL****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 JEEP WRANGLER. WHILE DRIVING 10 MPH, THE CONTACT HEARD AN ABNORMAL NOISE. THE CONTACT STATED THAT THE ABS WARNING INDICATOR WAS ILLUMINATED. THE VEHICLE WAS TAKEN TO WOODHOUSE CHRYSLER DODGE JEEP RAM FIAT (LOCATED AT 2101 6TH ST, SIOUX CITY, IA 51101, (712) 277-3221) WHERE IT WAS DIAGNOSED THAT THE RIGHT SIDE OF THE

INTAKE CAMSHAFT NEEDED TO BE REPLACED. THE VEHICLE WAS
REPAIRED, BUT THE LEFT SIDE OF THE INTAKE CAMSHAFT ALSO
NEEDED TO BE REPLACED. THE MANUFACTURER WAS INFORMED OF
THE FAILURES. THE FAILURE MILEAGE WAS 130,000.


**NHTSA ID Number:** 11289490
**Incident Date** December 1, 2019
**Consumer Location** CHARLOTTE, NC
**Vehicle Identification Number** 1C4BJWEG2GL****
**Summary of Complaint**
ENGINE CLICKING SOUND !!


**NHTSA ID Number:** 11289270
**Incident Date** November 23, 2019
**Consumer Location** MOORHEAD, IA
**Vehicle Identification Number** 1C4BJWKG7GL****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 JEEP WRANGLER. WHEN THE
VEHICLE WAS STARTED, THE CONTACT HEARD AN ABNORMAL
KNOCKING NOISE COMING FROM THE ENGINE. THE VEHICLE WAS
TAKEN TO WOODHOUSE CHRYSLER DODGE JEEP RAM FIAT (2101 6TH
ST, SIOUX CITY, IA 51101, (712) 277-3221) WHERE IT WAS DIAGNOSED
THAT THERE WAS DAMAGE TO THE PASSENGER SIDE CAMSHAFT
CAUSED BY ROCKER ARM FAILURE. THE VEHICLE WAS REPAIRED,
BUT THE FAILURE RECURRED ON THE DRIVER'S SIDE CAMSHAFT
AND ROCKER ARMS. THE MANUFACTURER WAS INFORMED OF THE
FAILURES. THE APPROXIMATE FAILURE MILEAGE WAS 130,000. *JS


**NHTSA ID Number:** 11322372
**Incident Date** April 21, 2020
**Consumer Location** YADKINVILLE, NC
**Vehicle Identification Number** 1C4BJWKGXGL****
**Summary of Complaint**
I REPLACED A SINGLE ROLLER ROCKER ON THE RIGHT SIDE OF THE
ENGINE EARLY IN 2019. NOW I AM LOOKING AT A FAILED ROLLER
ROCKER ON THE SAME SIDE OF THE ENGINE AND POTENTIALLY AN
ENGINE REPLACEMENT.

**NHTSA ID Number:** 11297985
**Incident Date** January 1, 2020
**Consumer Location** ENTERPRISE, AL
**Vehicle Identification Number** 1C4BJWDG9JL****
**Summary of Complaint**
AUDIBLE TICKING COMING FROM ENGINE COMPARTMENT


**NHTSA ID Number:** 11331710
**Incident Date** June 29, 2020
**Consumer Location** KEANSBURG, NJ
**Vehicle Identification Number** 1C4GJXAG9LW****
**Summary of Complaint**
WITH LESS THAN 400 MILES ON THE VEHICLE, A TAPPING SOUND
COULD BE HEARD FROM THE ENGINE BAY. WHEN IT WAS BROUGHT
INTO THE DEALERSHIP FOR SERVICE, IT WAS DETERMINED THAT
THERE WAS AN ISSUE WITH THE ENGINE. THE SERVICE TECHNICIAN
STATED THERE WAS A CAMSHAFT ISSUE FOR A TAPPET THAT HAD
FAILED AND WAS DELIVERED FROM THE FACTORY WITH THE
DEFECT. THIS HAS RESULTED IN A REPLACEMENT OF THE ROCKERS,
TAPPETS, AND INTAKE AND EXHAUST CAMSHAFTS.


**NHTSA ID Number:** 11325874
**Incident Date** September 8, 2019
**Consumer Location** DAVENPORT, FL
**Vehicle Identification Number** 2C3CCAFJ5EH****
**Summary of Complaint**
DRIVING THE CAR UNDER NORMAL LOAD,S TARTED TO NOTICE A
KNOCK FROM THE ENGINE. OVER THE NEXT FEW WEEKS IT
PROGRESSIVELY GOT WORSE. PULLED PLUGS, CHECKED OIL. GAS,
PUT A BOROSCOPE DOWN THE SPARK PLUG HOLES LOOKING FOR
ENGINE DAMAGE. FINALLY HAD TO HAVE THE CAR SENT TO THE
SHOP. WHEN THEY GOT THE MOTOR TORN DOWN THE BAD LIFTER
WAS DISCOVERED. UPON SEEING THAT & DOING SOME RESEARCH
THERE ARE QUITE A FEW POSTS ON FORUMS ABOUT THE MDS
LIFTERS ON THE 5.7 & 6.4 HEMIS GOING BAD & DESTROYING A CAM. I
HAVE HAD OIL ANALYSIS DONE ON MOST OIL CHANGES THROUGH

OUT OWNER SHIP BUT THIS WASN'T PICKED UP ON FROM THE LAST ONE. NOT SURE IF IT WENT OUT QUICK & DESTROYED THE CAM OR IF IT HAD BEEN HAPPENING FOR A WHILE. CAR ONLY HAS AROUND 75000 MILES.

**NHTSA ID Number:** 10717078
**Incident Date** May 15, 2015
**Consumer Location** FORESTVILLE, MD
**Vehicle Identification Number** N/A
**Summary of Complaint**
THE VEHICLE'S ENGINE LIGHT CAME ON WHILE DRIVING. IT BEGAN TO LOOSE POWER, SHAKE, AND SPUTTER. IT FELT LIKE IT WAS GOING TO CUT OFF AT THE SPEED OF 43MPH. I TOOK IT TO THE DEALER ON 5/16/15, THEY INDICATED THAT THERE WAS A CODE THAT INDICATED THAT THERE WAS A MISFIRE AND THAT THEY HAD CLEARED IT. I DROVE THE CAR HOME AND THE ENGINE LIGHT CAME BACK ON AND THE PROBLEMS RESUMED. I RETURNED TO THE DEALERSHIP WHERE THEY INDICATED THAT THEY ASKED IF I WAS AWARE THAT THEY NEEDED TO "TAKE THE ENGINE A PART"? I STATED THAT THEY NEEDED TO DO WHAT WAS NECESSARY TO FIX MY VEHICLE. THE SERVICE REPRESENTATIVE ALSO INDICATED THAT MY VEHICLE WAS OUT OF WARRANTY BUT BECAUSE I PURCHASED AN EXTENDED WARRANTY I SHOULD BE COVERED. I AM UNCLEAR AS TO WHY I WOULD HAVE ENGINE PROBLEMS IN A VEHICLE AT 57K MILES, THIS SHOULD ALSO BE A POWER TRAIN ISSUE WHICH WOULD MEAN THAT MY VEHICLE SHOULD BE COVERED FOR 100K MILES. CURRENTLY I AM STILL WAITING ON THE DEALERSHIP TO CONTACT ME REGARDING THE STATUS OF MY VEHICLE HOWEVER I AM DISAPPOINTED THAT I AM HAVING THESE PROBLEMS AND HAVE BEEN WITHOUT TRANSPORTATION FOR THREE DAYS.

**NHTSA ID Number:** 11084935
**Incident Date** February 13, 2018
**Consumer Location** BECKLEY, WV
**Vehicle Identification Number** 2C4RC1BG7ER****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2014 CHRYSLER TOWN AND COUNTRY. WHILE DRIVING VARIOUS SPEEDS, LOUD NOISES WERE HEARD

24

COMING FROM THE ENGINE COMPARTMENT. THE VEHICLE WAS
TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED
THAT THE LIFTER IN THE ENGINE WAS FAULTY. THE DEALER
(SHEETS CHRYSLER IN BECKLEY, WEST VIRGINIA) WAS MADE
AWARE OF THE FAILURE AND STATED THAT THE VEHICLE WAS NOT
INCLUDED IN A RECALL. THE MANUFACTURER WAS MADE AWARE
OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY
133,000.

**NHTSA ID Number:** 11219321
**Incident Date** January 15, 2019
**Consumer Location** PIGEON, MI
**Vehicle Identification Number** 2C4RC1BGXER****
**Summary of Complaint**
ABOUT JANUARY 15, 2019 WE NOTICED A RATTLING SOUND COMING
FROM THE ENGINE COMPARTMENT ON THE RIGHT OR PASSENGER
SIDE. THE RATTLING WAS ONLY NOTICEABLE IF YOU WERE
STANDING NEXT TO THE VAN WHEN IT WAS IDLING. THE RATTLING
HAS GOTTEN WORSE SO WE TOOK IT INTO THE DEALER & FOUND
OUT WE NEED TO REPLACE 4 CAMSHAFTS & 24 ROCKER ARMS TO FIX
THE PROBLEM. THE MECHANIC TOLD ME THIS HAS BEEN A COMMON
PROBLEM WITH THIS ENGINE. MOSTLY AFTER 120,000. MILES. OUR
VAN ONLY HAS 94,855 MILES. STILL UNDER THE 100,000 MILE
WARRANTY BUT 10 MONTHS PAST THE 5 YEAR WARRANTY. THE
DEALER & CHRYSLER SCA TOLD ME THEY WON'T FIX IT UNDER
WARRANTY. THIS SHOULD BE REPAIRED UNDER WARRANTY SINCE
WE ARE UNDER THE 100,000. MILES. THE DEALER TOLD ME IF THERE
WERE ENOUGH COMPLAINTS THAT MIGHT BE ENOUGH TO START A
RECALL FOR THIS ISSUE. THERE IS DEFINITELY A MANUFACTURING
DEFECT FOR THIS TO HAPPEN. TODAY'S ENGINES SHOULD RUN
500,000. MILES MINIMUM BEFORE HAVING TO DO MAJOR WORK TO
THE ENGINE.

**NHTSA ID Number:** 11221357
**Incident Date** June 10, 2019
**Consumer Location** EDMOND, OK
**Vehicle Identification Number** 2C4RC1BGXER****
**Summary of Complaint**

INVOICE DATE 06/12/2019: VAN ON STARTUP LOUD TAPPING FROM THE ENGINE. AFTER TAKING TO THE DEALER, WAS TOLD A ROCKER ARM HAD FAILED AND DAMAGED THE INTAKE CAMSHAFT ON THE RIGHT/FRONT SIDE OF THE ENGINE. HAD TO HAVE ALL 12 ROCKER ARMS REPLACED (5184296AH), THE INTAKE CAMSHAFT (5184380AG), ALL 12 TAPPET VALVE LASH (5184332AA). WAS TOLD BY DEALER THIS WAS A COMMON PROBLEM WITH THESE V6 PENTASTAR ENGINES. AN ONLINE SEARCH REINFORCES THIS STATEMENT. TOTAL COST WAS $1,356.54


**NHTSA ID Number:** 11281012
**Incident Date** November 12, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** 2C4RC1HG3ER****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2014 CHRYSLER TOWN AND COUNTRY. WHILE DRIVING 40 MPH, THE CHECK ENGINE WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE CAMSHAFT FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE VEHICLE WAS TAKEN TO NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM (1155 W DUNDEE RD, ARLINGTON HEIGHTS, IL 60004) WHERE IT WAS DIAGNOSED THAT THE CAMSHAFT AND TIMING CHAIN NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND INFORMED THE CONTACT TO CALL NHTSA TO FILE A COMPLAINT. THE FAILURE MILEAGE WAS APPROXIMATELY 80,000.


**NHTSA ID Number:** 11282561
**Incident Date** November 22, 2019
**Consumer Location** RISING SUN, MD
**Vehicle Identification Number** 2C4RC1BG3ER****
**Summary of Complaint**
IWHEN I BOUGHT MY 2014 TOWN AND COUNTRY MINI VAN IT HAD 39111 MILES ON IT I BOUGHT AND EXTENDED WARRANTY WHICH WILL NOT COVER MY ENGINE PROBLEM SINCE IT WAS COVERED AT THE TIME BY THE MANUFACTURER, WELL AS YOU CAN IMAGINE 4

MONTHS PAST THE MANUFACTURER WARRANTY RAN OUT IT IS IN THE SHOP, WHICH IT NEEDS THE CAMSHAFT AND ROCKER ARMS REPLACED AND IT IS MISFIRING ON CYLINDER #6 I HAVE 94,000 MILES ON THE VAN SO THE 100,000 MILE PART THEY WILL NOT COVER FOR THEY SAY 60 MONTHS OR 100,000 MILES WHICH IS NOT RIGHT, I HAVE SEEN SEVERAL COMPLAINTS ABOUT THE CAMSHAFTS AND ROCKER ARMS GOING BAD AND BREAKING DOWN AS WELL AS MISFIRING CYLINDERS. WHEN WILL THERE BE A RECALL ON THESE PROBLEMS. THESE VEHICLES SHOULD LAST 100'S OF THOUSANDS OF MILES IF TAKEN CARE AS I HAVE TAKEN CARE OF MINE. I AM EXTREMELY DISAPPOINTED IN CHRYSLER AND I HONESTLY DON'T THE JOB IS BEING DONE TO INVESTIGATE THESE PROBLEMS. MY VAN IS CURRENTLY IN A SHOP WAITING TO SEE IF THE MANUFACTURER WILL HONOR THE WARRANTY SINCE IT IS ONLY FOUR MONTHS PAST THE 60 MONTHS FROM WHEN THE VAN WAS FIRST PUT INTO SERVICE BY SOMEONE ELSE BEFORE ME I BOUGHT IT USED FROM COOKS AUTO AND I THOUGHT THE EXTENDED WARRANTY WOULD COVER ANY ENGINE PROBLEMS BUT I WAS WRONG THEY CLAIM THAT SINCE IT HAD A MANUFACTURER WARRANTY THEY HAD TO GIVE ME A DIFFERENT WARRANTY PLAN AND DID NOT EXPLAIN, I WAS TOLD I WAS COVERED BUMBER TO BUMBER UNTIL I HIT 99,111 PLEASE INVESTIGATE AND DO A RECALL ON THESE ENGINES. THANK YOU.


**NHTSA ID Number:** 11318384
**Incident Date** August 12, 2019
**Consumer Location** SHEFFIELD LAKE, OH
**Vehicle Identification Number** 2C4RC1BG3ER****
**Summary of Complaint**
WHEN WE PURCHASED THE VAN IN 2018, THE DEALER TOLD US THE NUMBER 2 HEAD WAS REPLACED AND CAMSHAFT BECAUSE OF ROCKER ARM TICKING, NOW LAST FALL I HAD TO REPLACE 8 ROCKER ARMS ON THE SAME HEAD. CHRYSLER EXTENDED THE WARRANTIES ON 2011 THRU 2013, BUT THE 2014 HAS THE SAME EXACT ENGINE. WHY ISN'T IT COVERED UNDER THE EXTENED WARRANTY, I NEED ANOTHER CAMSHAFT.


**NHTSA ID Number:** 11395567
**Incident Date** May 1, 2020

**Consumer Location** ADAMS, TN
**Vehicle Identification Number** 2C4RC1GGXER\*\*\*\*
**Summary of Complaint**
MY VEHICLE HAS A TICKING PROBLEM (LIFTER) FOR OVER 8
MONTHS. I NEED TO GET IT FIXED AND NO ONE WORKS ON THE
ENGINE. ONLY THE DEALER. SECONDLY, MY ENGINE LIGHT COMES
ON FOR THE THERMOSTAT GAUGE.


**NHTSA ID Number:** 11103571
**Incident Date** June 18, 2018
**Consumer Location** NORTH CHARLESTON, SC
**Vehicle Identification Number** 2C4RC1BGXFR\*\*\*\*
**Summary of Complaint**
119000 MILES ON WHILE DRIVING VEHICLE SERVICE LIGHT CAME ON.
HAD PLUGS AND COIL REPLACE BECAUSE OF SKIPPING. PROBLEM
STILL ON GOING HAD FUEL INJECTION DONE. STILL SKIPPING,
MECHANIC SUGGEST GETTING HEADS REDONE. LIFTERS MAKING
TICKING SOUND.


**NHTSA ID Number:** 11252886
**Incident Date** July 8, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** N/A
**Summary of Complaint**
TL\* THE CONTACT OWNS A 2016 CHRYSLER TOWN AND COUNTRY.
THE CONTACT STATED THAT THE VEHICLE MADE AN ABNORMAL
TICKING NOISE COMING FROM THE ENGINE COMPARTMENT. THE
VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC FOR AN OIL
CHANGE, BUT THE TICKING NOISE CONTINUED. THE
MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE
FAILURE MILEAGE AND VIN WERE UNKNOWN.


**NHTSA ID Number:** 11280313
**Incident Date** October 15, 2019
**Consumer Location** WATERLOO, NY
**Vehicle Identification Number** 2C4RC1BG4GR\*\*\*\*
**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 CHRYSLER TOWN AND COUNTRY. THE CONTACT NOTICED A TICKING NOISE COMING FROM THE ENGINE WHILE DRIVING. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO DIAGNOSED A MISFIRE IN ENGINE CYLINDER NUMBER FIVE. THE VEHICLE WAS TOWED TO ANOTHER INDEPENDENT MECHANIC WHO DETERMINED THAT THE ROCKER ARM FAILED. THE MANUFACTURER ISSUED AN EXTENDED 150,000 MILE WARRANTY. THE CONTACT SPOKE WITH THE MANUFACTURER AND THEY COULD NOT FIND ANYTHING RELATED TO THE FAILURES FOUND BY THE INDEPENDENT MECHANICS. THE DEALER WAS NOT CONTACTED AND THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 100,300.

**NHTSA ID Number:** 11309854
**Incident Date** October 1, 2019
**Consumer Location** DUNDALK, MD
**Vehicle Identification Number** 2C4RC1BG3GR****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2016 CHRYSLER TOWN AND COUNTRY. THE CONTACT STATED THAT WHILE DRIVING AT UNDISCLOSED SPEEDS, A KNOCKING SOUND WAS EMITTED FROM THE ENGINE. UPON INSPECTION IT WAS DISCOVERED THAT THE ENGINE CAMSHAFT ROCKER ARM WAS DEFECTIVE AND NEEDED TO BE REPAIRED. THE VEHICLE WAS NOT REPAIRED. CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE BUT NO ASSISTANCE WAS OFFERED. THE LOCAL DEALER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 60,000.

**NHTSA ID Number:** 11339073
**Incident Date** July 1, 2020
**Consumer Location** STERLING HEIGHTS, MI
**Vehicle Identification Number** 2C4RC1BG0GR****
**Summary of Complaint**
I LOVE THE TOWN AND COUNTRY VAN, AND THIS IS MY 3TH CAR - MY 2016, I HAVE THIS CAR SINCE NEW, RIGHT NOW IT HAS 80,000 MILES AND 2 WEEKS AGO IT STARTED WITH A LIGHT TICKING NOISE IN THE ENGINE (WHEN ENGINE IS ON IN PARK OR DRIVING), AND

NOW IT IS GETTING WORSE OVER THE WEEK - I TOOK MY CAR TO DEALER AND THE COST WILL BE AROUND $1000 USD - DEALER MENTIONED THAT THIS IS A KNOWN ISSUE FROM THE MANUFACTURER AND TOO MANY CARS AFFECTED, AND IT BECUSE ON ENGINE PENTASTAR WITH 3.6LTS THE CAMSHAFT HAS A LOOSE ROLLER BALANCING (ORIGINAL PART#: 0518.4296 AH008) WHICH IS DOING THE NOISE - THE PART PRICE IS A COUPLE DOLLAR, BUT THE LABOR IT IS EXPENSIVE) - I NEED YOUR SUPPORT TO FIX THIS ISSUE ON MY CAR

**NHTSA ID Number:** 11377198
**Incident Date** August 31, 2020
**Consumer Location** POCATELLO, ID
**Vehicle Identification Number** 2C4RC1BG5GR****
**Summary of Complaint**
ENGINE TICKING/KNOCKING STARTED AT ABOUT 70,000 MILES, AUGUST 2020. IT APPEARS TO BE THE ROCKER ARMS. WE HAVE BEEN EXPERIENCING LOSS OF POWER PERIODICALLY. IT TICKS WHEN IDLING AND SPEEDS UP AS ENGINE IS REVVED OR ACCELERATING. BECOMES LOUDER AFTER BEING DRIVEN AT HIGHWAY SPEEDS AND FOR LONGER DRIVES OVER 20 MINS.

**NHTSA ID Number:** 11395070
**Incident Date** November 15, 2019
**Consumer Location** DAYTON, OH
**Vehicle Identification Number** 2C4RC1BG2GR****
**Summary of Complaint**
A TAPPING SOUND FROM MY ENGINE. APPEARS MANY OWNERS OF THIS VEHICLE TYPE AND ENGINE FOR THE 2016 ARE HAVING THE SAME PROBLEM. WHEN WILL A RECALL BE DEMANDED?

**NHTSA ID Number:** 11310289
**Incident Date** February 18, 2020
**Consumer Location** Unknown
**Vehicle Identification Number** N/A
**Summary of Complaint**

TL* THE CONTACT OWNS A 2020 CHRYSLER PACIFICA. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED AN CONTROL ACCELERATION FOR 20 SECOND, THE CHECK ENGINE WARNING LIGHT ILLUMINATED, THE BRAKE PEDAL WAS LOSING THE ABILITY TO HOLD THE VEHICLE, THE ENGINE RAV UP TO 7000 RPM AND THERE WAS A TICKING NOISE COMING FROM THE ENGINE AFTER THE VEHICLE COOL DOWN. THE VEHICLE WAS RESTARTED AND WAS DRIVING TO CHAMPAIGN CHRYSLER DODGE JEEP RAM DEALER, (1906 MORELAND BLVD, CHAMPAIGN, IL 61822) BUT WAS NOT DIAGNOSED NOR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 200. THE VIN WAS NOT AVAILABLE.

**NHTSA ID Number:** 11416164
**Incident Date** May 8, 2021
**Consumer Location** ROCKVILLE, MD
**Vehicle Identification Number** 2C4RC1L72MR****
**Summary of Complaint**
AFTER 2 WEEKS AND LESS THAN 150 MILES, THE ENGINE MISFIRED DURING A SHORT DRIVE TO THE GROCERY STORE. THE DEALER STATES THAT A BEARING IN A LIFTER SEIZED.

**NHTSA ID Number:** 11183513
**Incident Date** February 4, 2019
**Consumer Location** SPRINGFIELD, VA
**Vehicle Identification Number** 1C4RJFBG5EC****
**Summary of Complaint**
2014 JGC WITH PENTASTAR 3.6L V6 GAS ENGINE STARTED MAKING A TICKING SOUND AT START UP APPROXIMATELY 3 WEEKS AGO. THE SOUND DID NOT DIMINISH AFTER WARM UP. DIAGNOSED TODAY AS A FAILED LIFTER AND POSSIBLE CAM DAMAGE AS WELL. INQUIRED OF THE DEALER ABOUT TSB 09-002-14 AND WAS TOLD THIS ISSUE WAS LIMITED TO ONLY 2011-2013 MODEL YEARS AND THAT THE ENGINE IN MY VEHICLE WAS MADE AFTER THE DATE OF THE AFFECTED ENGINES AND WAS NOT INCLUDED IN THE REPAIR/WARRANTY BEING OFFERED BY FCA REGARDING THE ENGINE. THE VEHICLE WAS MANUFACTURED IN JUNE 2013 AND PURCHASES IN SEPTEMBER 2013.

**NHTSA ID Number:** 11203281
**Incident Date** April 15, 2019
**Consumer Location** SLAYTON, MN
**Vehicle Identification Number** 1C4RJFBG2EC****
**Summary of Complaint**
LIFTERS COLLAPSED INTO THE ENGINE AT 145K MILES REQUIRING
INSTALLATION OF NEW ENGINE. VEHICLE WAS LESS THAN 5 YEARS
OLD. AT 2 YEARS OF AGE VEHICLE WAS MAKING KNOCKING NOISES
AND THE CHECK ENGINE LIGHT WAS ON. WE BROUGHT IT IN FOR
REPAIRS MULTIPLE TIMES REPLACING ALL LIFTERS, ROCKERS, CAM
SHAFT AND CATALYTIC CONVERTERS ALL AT OUR EXPENSE. EACH
TIME THE CHECK ENGINE LIGHT CAME BACK ON IN LESS THAN 2
WEEKS AND THE KNOCKING CONTINUED. AFTER SPENDING ALL OF
THIS MONEY THE END RESULT IS HAVING TO SPEND MORE ON THE
NEW ENGINE.


**NHTSA ID Number:** 11278313
**Incident Date** November 4, 2019
**Consumer Location** TRAVERSE CITY, MI
**Vehicle Identification Number** 1C4RJFCT2EC****
**Summary of Complaint**
CAMSHAFT AND LIFTER PROBLEM. CAMSHAFT HAD TO BE REPLACED
DUE TO LIFTER NOT OPERATING PROPERLY AND WEARING OUT
CAMSHAFT.


**NHTSA ID Number:** 11300227
**Incident Date** November 21, 2019
**Consumer Location** MORGANTOWN, WV
**Vehicle Identification Number** 1C4RJFCG4EC****
**Summary of Complaint**
ABOUT TWO MONTHS AGO MY SUSPENSION STARTED TO ACT UP.
NOW MY SUSPENSION IS STUCK COMPLETELY AT THE LOWEST
POINT. THE ENGINE HAS A TICKING SOUND AND NOW IT DOESNT
RUN RIGHT.

**NHTSA ID Number:** 11330272
**Incident Date** July 7, 2019
**Consumer Location** BAYAMON, PR
**Vehicle Identification Number** 1C4RJEBGXEC****
**Summary of Complaint**
ROCKER ARM ISSUE ON THE 3.6L ENGINE SEEM TO BE A
FABRICATION PROBLEM THAT THE COMPANY WILL ONLY FIX IF ONE
OF THOSE BRAKE DURING THE WARRANTY. AFTER THAT YOU'RE ON
TOUR OWN. IT IS UNFAIR THAT THE COMPANY KNOWING THAT THE
ENGINE HAVE AN ISSUE WILL NOT RECALL IT AND HAVE IT FIX. THE
BEARING FAILS AND THE ENGINE START MAKING A KNOCKING
SOUND CREATING ALL SORT OF FAILING CODES ON THE PCM. *TR

**NHTSA ID Number:** 11423877
**Incident Date** May 20, 2021
**Consumer Location** SAN ANTONIO, TX
**Vehicle Identification Number** 1C4RJFBG0EC****
**Summary of Complaint**
My jeep has developed the 3.6L Penastar tick. I noticed FCA extended the
warranties for vehicles equipped with the 3.6L Penastar V6 but for my model they
stopped in 2013. How can I get my year added to that warranty since it developed
the same problems as the previous years. We had our jeep at a local dealer in
Wasilla Ak for a tune up before our long trip and he didn't mention anything to us
even though the tick was noticeable. I then had my vehicle state safety inspection
completed (Texas) in 1st week of June and the mechanic told me about it and after
some research, my jeep has the same tick coming from the engine.

**NHTSA ID Number:** 11278795
**Incident Date** October 30, 2019
**Consumer Location** TOULON, IL
**Vehicle Identification Number** 1C4RJFCG3FC****
**Summary of Complaint**
MEMORY SEATS NO LONGER WORK, THEREFORE CAUSING MY SEAT
TO BE OUT OF WHACK AND I CAN NOT SIT RIGHT. MY ENGINE BEGAN
TO MAKE A TICKING NOISE OUT OF NOWHERE, MEANING
SOMETHING IS WRONG. ONE HEADLIGHT IS OUT BUT ISN'T AND
CAUSES MY BRIGHT TO BE ON AT ALL TIMES. WHEN USING MY LIGHT
I NOW CANNOT USE MY ACTUAL BRIGHTS. *PM

**NHTSA ID Number:** 11310371
**Incident Date** February 14, 2020
**Consumer Location** WEST HAVEN, CT
**Vehicle Identification Number** 1C4RJFBG8FC****
**Summary of Complaint**
THE VEHICLE ENGINE HAD A CLICKING/TICKING NOISE FOR WELL
OVER A YEAR. WE BROUGHT THIS ISSUE UP WITH THE SERVICE DEPT
AND WERE TOLD IT WAS NOTHING TO WORRY ABOUT. WHILE
DRIVING HOME 1 NIGHT ON THE HIGHWAY THE VEHICLE STARTED
TO HESITATE/STUTTER AND WE HAD A PROBLEM ACCELERATING
WHILE DRIVING. WE DROVE THE VEHICLE FOR 20 MILES AT 40 MPH
WITH THE HAZARDS ON I95. WE FOUND OUT FROM SERVICE THE
NEXT DAY THAT THE ISSUE WAS A DAMAGED CAMSHAFT DUE TO A
FAILED ROCKER ARM. ALL ROCKERS AND LIFTERS NEEDED TO BE
REPLACED ALONG WITH THE VALVE COVER GASKETS AND INTAKE
SEALS. SINCE THE ISSUE OCCURED OUT OF WARRANTY I WAS STUCK
WITH FOOTING THE WHOLE 1961.49 BILL EVEN THOUGH I BROUGHT
THE ISSUE UP WITH SERVICE WHILE UNDER WARRANTY.


**NHTSA ID Number:** 11315903
**Incident Date** January 14, 2020
**Consumer Location** CLEVELAND, OH
**Vehicle Identification Number** 1C4RJFAG7FC****
**Summary of Complaint**
HEARD TICKING COMING FROM ENGINE SHORTLY AFTER ROUTINE
OIL CHANGE. BROUGHT THE CAR IN, AND WAS TOLD I HAD TO HAVE
INTAKE & EXHAUST CAMSHAFT & LIFTERS REPLACED. HAD
REPAIRED, A WEEK LATER CHECK ENGINE LIGHT CAME ON. GOT A
P0456 CODE, BROUGHT IT IN AND AT THIS POINT THEY SAID I NEEDED
TO REPLACE EVAPORATIVE PURGE VALVE. DID THAT, A WEEK
LATER, CHECK ENGINE LIGHT IS ON AGAIN. NOTHING CHANGED IN
THE CAR WHEN THE LIGHT GOES ON, IT JUST COME ON AND STAYS A
SOLID YELLOW UPON STARTUP


**NHTSA ID Number:** 11413011
**Incident Date** April 1, 2020

**Consumer Location** BALDWINSVILLE, NY
**Vehicle Identification Number** 1C4RJFBG4FC****
**Summary of Complaint**
ENGINE IS MAKING A LOUD TICKING NOISE.


**NHTSA ID Number:** 11425464
**Incident Date** July 15, 2021
**Consumer Location** FLEMINGTON, NJ
**Vehicle Identification Number** 1C4RJFBG6FC****
**Summary of Complaint**
Engine Rocker Arms bad. Engine stalls and vehicle undrivable. 96K miles


**NHTSA ID Number:** 11429739
**Incident Date** February 12, 2021
**Consumer Location** ROXBORO, NC
**Vehicle Identification Number** 1C4RJFBG9FC****
**Summary of Complaint**
The contact owns a 2015 Jeep Grand Cherokee. The contact stated that she heard a loud vibrating noise coming from the engine compartment while driving at various speeds. The contact stated that the check engine warning light was illuminated. The vehicle was diagnosed with needing the camshaft arms and gaskets replaced however, the vehicle was not repaired. The manufacturer was informed of the failure and referred the contact to the NHTSA for assistance. The failure mileage was approximately 75,000. Consumer was informed by the mechanic 3.6 liter engine in this vehicle is experiencing a common problem in this make /model.


**NHTSA ID Number:** 11382705
**Incident Date** October 22, 2020
**Consumer Location** WEST PALM BEACH, FL
**Vehicle Identification Number** 1C4RJECG5LC****
**Summary of Complaint**
2020 JEEP GRAND CHEROKEE OVERLAND. CONSUMER WRITES IN REGARDS TO ENGINE TROUBLE. *LD THE CONSUMER STATED THE ENGINE FAILED WHILE DRIVING. THE DEALER AND MANUFACTURER WERE NOTIFIED. *JS