# **EXHIBIT B**

**2014-2016 Chrysler Town & Country**

**Ticking from engine - Read me if yours is ticking too**

[]

With that said, at last oil change, I noted a "ticking" coming from our 2015. It sounded like it was coming from around the trans area. I had also noted that the trans pan was leaking. So a little coordination with the Wife (it is her van), we got it into the local Chrysler dealer (St. Charles CDJ for anyone in the Chicago area).

They diagnosed it. It had NOTHING to do with the transmission. It was the valvetrain on the engine...

Exact verbage from the service ticket;

> Repair Engine service per previous diag on RO 206154. Engine ticking- previously diagnosed lifter/rocker noise. Disassembled valve covers and inspected. Found left exhaust cam and right cam intake cams have ground down lobes. Inspected all cams and found four camshaft wear spots. Rockers/rollers on rockers dropped causing cams to grinds. Replaced all lifters, rockers, and all cams. Reassembled and retested. Noise is gone.

Here is the parts list;
1 - 5184379-AF Camshaft
1 - 5184377-AF Camshaft
1 - 5184380-AF Camshaft
1 - 5184378-AF Camshaft
24 - 5184332-AA Tappet
24 - 5184296-AH Arm Valve
6 - 5184331-AC Gasket Intake
6 - 5184562-AC Gasket Intake
1 - 5184595-AE Gasket CY
1 - 5184596-AE Gasket CY[1]


**2015 ticking noise coming from engine**

My 2015 3.6 with 73,200 miles has developed a ticking noise from the engine. You can hear it standing in front of the vehicle with the hood open or closed. Its going on about a month now since I first heard it.

---

[1] Available at https://www.chryslerminivan.net/threads/ticking-from-engine-read-me-if-yours-is-ticking-too.153729/?id=153729

1

We first thought it just needed a good tank of high premium gas but after running an entire tank through...the ticking is still there. My dad who use to be a mechanic (he also lives in TN) said it sounds like the lifters to him but without the van being there for him to physically hear, he can't be 100% for sure. He suggested I try an engine treatment to see if that would help. I'm on day 2 of that so unsure if it will resolve the problem or not...jury is still out.

any searches about ticking noises seem to come up with a lot of problems with Chrysler & Dodge vehicles.[2]

**2014-2020 Dodge Challenger**

### Lifter Noise On Start And While Driving

So I've had my new-to-me 2014 Challenger R/T for about a month now. So far, I've been really enjoying the car EXCEPT for one thing:

Every once in a while on a cold start, the car will make a hellacious lifter noise that sounds absolutely terrible. It's loud and unmistakable. My Dad heard it one time and instantly said, "That's not good." That's my sentiment as well. After about 30 seconds or so it quiets down, but it never goes away entirely. When taking off from a stop, I can still hear the slight lifter tapping....and this is over my Borla ATAK exhaust.

The car has 32k miles on it. The dealership I work for, and from whom I bought the car, had it taken to the Dodge dealer down the street for the same loud tapping issue apparently. According to the CarFax, Dodge replaced the camshaft and lifters at that time. After getting the car back, one of the porters noticed it was still making a ticking sound. We sent it back to Dodge and they returned it to us saying all was normal. Now, less than 1k miles later, I am hearing this noise.

- The Black Beast (November 4, 2015)[3]

**2014-2020 Dodge Charger**

### 2015 Charger 3.6 V6 Pentastar knocking and ticking issue

I very recently bought a new 2015 Charger with the V6 Pentastar in it. At about 200 miles, I noticed a pretty audible tick coming from the engine compartment when I accelerate at lower speeds. It does it all the time, I think, but you can't hear it at highway

---

[2] Available at https://www.chryslerminivan.net/threads/2015-ticking-noise-coming-from-engine.170139/
[3] Available at https://www.challengertalk.com/threads/lifter-noise-on-start-and-while-driving.432161/

speeds.

More recently, it started knocking as well. It usually does the knocking thing after I come off of the highway. The car currently has 3000 miles on it, approx.

I took it to the Dodge dealer I bought it from in Lebanon, TN. They told me the ticking is "normal" or "operating as designed." Before I take it to another dealer, I thought I'd get inputs here.

Please watch the YouTube video to see what I'm talking about, as far as the knocking. You can skip to the 1:20 mark if you want. https://www.youtube.com/watch?v=08N5U4y3dak

- NashvilleCharger (02/21/2016)[4]

### Ticking noise even after replacing lifters and cam

Need help! I have a 2013 Dodge Charger srt8 6.4l I just Replaced my lifters and cam and my engine is still ticking loud. It all started with a quiet ticking noise and it eventually kept getting louder so I pulled my engine apart and found 2 bad lifters, rollers had lots of play and were able to move up and down, I replaced my lifters and cam with a mds delete kit from AMS racing, engine is running great but it's still ticking and it's the loudest after my engine warms up, I'm not sure if this ticking noise was there before with the bad lifters ticking at that time but it sounds the same as it did before I replaced my lifters, I can't seem to figure it out, I talked to a few mechanics and they were unable to diagnose the ticking noise, if anyone could help me figure this out it would be much appreciated. Thanks

- 392hemidude (10/19/2020)[5]

## 2014-2020 Dodge Durango

### Durango Limited 3:6, Automatic transmission, 14,200 miles

I bought a Durango 2016 in 2017 on Miami Lakes Auto Mall. At 2000 miles the motor 3.6 pentastar started making a noise like that of an old motor. I took the car to the dealer to the car and the camshaft, Gear camshaft, and phaser were replaced. The lift and rocker arm of the right side of the engine were also replaced. Since then the noise got better but is still there. I have taken it back to the dealer several times and mechanics cannot find

---

[4] Available at https://www.chargerforums.com/threads/2015-charger-3-6-v6-pentastar-knocking-and-ticking-issue.312081/
[5] Available at https://www.chargerforumz.com/threads/ticking-noise-even-after-replacing-lifters-and-cam.198033/

any problem, they said it is a normal sound. I took to another dealer and the mechanics said the same thing. They gave me a rental with the same motor 3.6 pentastar and the motor didn't make the sound my car was making. I told the mechanics that how come it was the same motor and didn't sound the same. Every time I drive it I hear that noise as if it was a lifter or rocker arm sound. I feel frustrated because the car is new and under warranty. I cannot make sense that a new car would have this sound.

- Yausel V. (10/09/2017)[6]

**2017 3.6 Pentastar ticking**

We bought a 17 Durango in January. 2300 miles on it and there is a ticking sound coming from the engine which has been getting louder. Start-up, idle and also increases in sound and speed with rpms. Have read on this motor having lifter and head issues in the past

but thought that may have changed with the newer version of the motor coming out. Is anyone else experiencing this problem? Our car is at the dealership currently (two weeks now). I'll update with what we are told the problem was.

- Bradshaw_17 (05/16/2017)[7]

**Pentastar Ticking Noise Post Head Replacment**

The cylinder head on our 2012 Durango with the Pentastar V6 was replaced in December 2016. The only indication that the cylinder head needed to be replaced was the check engine light. Following the head being replaced a ticking noise developed. It's my wife's car so I don't exactly how long after the noise developed but she informed me about mid January 2017 which was about a month after and she did indicate it had been making the ticking noise for at least a couple of weeks before that. I brought it in to the dealer that did the work and they stated it nothing to do with the the replacement of the head and it was lifters. They stated the lifters are not replaced when they do the head and that the current lifters are bad and they just wear out. So they replaced the lifters. The dealer dropped the car off at our home since we weren't home and when we first started it up there was no improvement and the ticking noise was exactly the same. I've searched forums and can not find a similar situation since most cases of ticking noise and cylinder head replacement seemed to take care of the issue. Any suggestions?

- Ralu81 (03/21/2017)[8]

---

[6] Available at https://www.carcomplaints.com/Dodge/Durango/2016/engine/ticking_noise_from_engine.shtml
[7] Available at https://dodgeforum.com/forum/3rd-gen-durango/403689-2017-3-6-pentastar-ticking.html
[8] Available at https://www.allpar.com/threads/pentastar-ticking-noise-post-head-replacment.167213/

## 2014-2020 Dodge Grand Caravan

**2016 Grand Caravan lifter tick**

My 2016 Grand Caravan, 109k miles, 3.6 engine, is experiencing lifter tick. I've owned the vehicle since 28k miles. Oil changes were synthetic oil changed per OLM; which tripped around 10k miles. I've read that earlier iterations of the 3.6 had lifter issues but this was supposed to have been rectified by redesigned heads. Dealership cost is going to be around $1000 whether I replace one lifter or all (mostly labor). It has a fresh oil change and I am running Seafoam. Is this a common problem with these engines? Is the Seafoam likely to help? Can I let the problem go and replace later if the problem persists? My next oil change I will add Liquimoly Lifter Additive.

- Otis24 (07/15/2020)[9]

**WHAT STOPPED THE LIFTER NOISE 2011 DODGE GRAND CARAVAN**

Over a year ago, I had to get one of the heads opened in order to replace #3 and #5 rocker arms. Well about 6 months ago, I started having the ticking noise again. I put up with it for a month or so,

I found a video on Youtube that was talking about using Marvel Mystery Oil and although I have added it oil before in small amounts, I had never used as much as a quart. Mostly, I put it in the fuel tank. This time instead of using 6 quarts of synthetic oil, I used 5 quarts and used 1 quart of Marvel Mystery Oil. After about 3 days the noise stopped and has not come back for over 3 months. Every oil change I started to do the same thing. At first I was using 5w30 and the last time to 5w20 but, I think i will go back to 5w30 because the Mystery Oil is real thin. BTW it smells really good also..

- TaxiGirl (10/15/2016)[10]

## 2014-2015 Jeep Grand Cherokee

**Ticking sound 2015 limited 3.6L**

I have a 2015 grand Cherokee limited with 87000 miles, and 3.6l. I have recently noticed a "ticking" sound coming from right side of engine that appears after engine is warmed

---

[9] Available at https://bobistheoilguy.com/forums/threads/2016-grand-caravan-lifter-tick.329675/
[10] Available at https://www.allpar.com/threads/what-stopped-the-lifter-noise-2011-dodge-grand-caravan.166041/

5

up, It "ticks" faster when accelerating. It is not noticeable inside of car, also comes and goes. I have checked oil level and all is good there. any ideas welcome.

- Gpff214 (12/16/2020)

I regret to say that I've had that same noise twice (at 70K and at 90K) With my GC. I have a 2014 GC Ltd. with 97K and a V-6. I have fanatically maintained the GC since new, and except for the failing rocker arm, the Jeep has been trouble free. The "ticking" noises is likely a failing rocker arm, (which left unattended will damage the cam). It's an expensive fix, but in my case an extended warranty saved the day (plus the dealer warrants all engine work for two years.).

I would have the dealer check out the Jeep immediately. After the diagnosis, hopefully it will be covered under warranty. If not, talk it over with dealer and the FCA area manager for recourse under goodwill.

I LOVE my GC, but I am seriously considering buying an MDX for my next car, despite my strong preference for a Grand Cherokee.

Like a wife or a girlfriend that cheated on you, you may well still love her, but you'll never trust her.

- Alaskanjim (12/16/2020)

Well took it to the shop yesterday and got the news... 😡 Will be getting a new engine due to bad rocker arms and they also found metal shavings in crankcase. Good news is the extended warranty is covering everything.

- Gff214 (12/19/2020)[11]

**2014 Grand Cherokee Rocker Arms/Cam Shaft Issue**

Help! My 2014 Grand Cherokee had a ticking sound...took to dealership and the rocker arms and cam shaft need replacing to the tune of almost $3,000. I have taken care of this vehicle in every way and it looks like new! All maintenance on time or even early. Can anyone tell me how to get Jeep to help with this? I talked with Customer Service and they said they can't do anything because it's over 24,000 miles.

- AJZ (09/24/2020)[12]

---

[11] Available at https://www.jeepgarage.org/threads/ticking-sound-2015-limited-3-6l.228060/
[12] Available at https://www.jeepcherokeeclub.com/threads/2014-grand-cherokee-rocker-arms-cam-shaft-issue.244291/

**Thank you Jeep Forum! Rocker Arm Failure**

Thanks to this forum, I knew that the ticking noise that I was hearing in my 2015 Jeep Cherokee was a failed bearing damaging the camshaft. Took it to the shop and they gave me the following, very common diagnosis:

"Check ticking noise from top side of engine. Noise is from valve train. Remove valve covers for inspection. Right intake camshaft has broken rocker arm and has worn lobe of camshaft on cylinder number 1. Replace all rocker arms and right intake camshaft with updated parts from dealer. (Chrysler / Jeep has updated those rocker arms 8 times since my Jeep came out due to this issue of the bearings disintegrating and damaging the cam shaft).

I was lucky to have a local seasoned mechanic listen to my concerns and he was able to call in a mechanic from Chrysler to assist with the repair. It is my only vehicle but has 213,000 highway miles and I know Chrysler won't help me on this. My late-significant other picked this Jeep out for me so that I would be safe traveling long distances for work alone. He had me purchase this 4 months before he passed away and, other than an issue with the transmission clunking due to a software update, a new battery and new shocks, this Jeep has served me well. I hope that after this $1,200 repair, I am able to put at least another 100,000 miles on it. I don't drive it hard and haven't even had to put breaks on it yet. I get regular oil changes and keep up the maintenance.

The mechanic told me this is a very very common issue on this engine so if you start to hear a ticking sound, get it in. I'm disappointed this hasn't been a recall since Jeep knows about the issue with the rocker arms but I paid the repair bill and hope this helps someone else.

I have pictures of the damaged parts if anyone would like to see what happens.

- Karabryan (04/28/2020)[13]

### 2014-2020 Chrysler 300

**Tapping noise in Chrysler 300 3.5 V6 engine**

My recently purchased Chrysler 300 Touring (40,000 miles) has a tapping noise in the upper engine when it reaches operating temperature. The noise can't be heard in the car, but is clear when standing outside. The car has been examined by two separate Chrysler dealers (neither aware of the other) and both say it's fuel injector noise and normal for this engine. It still sounds very much to me like a noisy lifter. I'm trying to find others

---

[13] Available at https://www.jeepforum.com/forum/f428/thank-you-jeep-forum-rocker-arm-failure-4395441/

with the same car/engine to see if this is REALLY a normal thing or a problem unique to mine. Any thoughts or experience from those out there more familiar with Chrysler products than I am?

- Captlarry (06/14/2011)[14]

**2018 Chrysler 300 3.6 v6 awd ticking sound engine**

I got this Chrysler in January used,, was quite as a mouse,,as spring got here and got warmer I noticed a tick at first startup,,, then I've noticed a ticking when I accelerate,, or slow down for a stop sign or light,,, I've gone to 3 Chrysler service departments and no one can hear the sound,,, said all tests look normal,, also at a stop sign or light stopped it seems to miss or idle rough,,, no one can see a misfire on the computer,,, what is this car doing?? I'm thinking bad rocker arm,, any ideas?

- Robby Dodge (07/19/2019)[15]

**2014-2020 Jeep Wrangler**

**The dreaded pentastar tick...**

I got the tick on my '14 a few weeks ago and recognized it right away as lifter tick even before researching the issues with the pentastars and jeeps. I knew it wouldn't blow up immediately so I waited until the wife and I were able to get it in. We are the second owner and it turns out the origins owner purchased it July 16th of 2014 and we are out of the Powertrain warranty by two weeks which sucks. Quote for replacement of all lifters and rockers was $1300.

I'm not against paying it, but one of my biggest concerns is that the cam got some strange wear and I'm paying this money now just to have more rocker or cam issues in the near future.

Anybody done the rocker and lifter repair and can give some feedback on how the repair shed? Should I plan on lifters and rockers every 60K miles or so? Should I ask them to replace the cam at the same time?

- Gagnonc1029 (08/01/2019)[16]

---

[14] Available at https://www.chryslerforum.com/forum/chrysler-300-300c-300c-srt-8-17/tapping-noise-chrysler-300-3-5-v6-engine-14954/

[15] Available at https://www.300cforumz.com/threads/2018-chrysler-300-3-6-v6-awd-ticking-sound-engine.100813/

[16] Available at https://www.wranglerforum.com/threads/the-dreaded-pentastar-tick.2371453/

8

**Engine TICKING again**

First Engine lasted about 40K miles before ticking was loud enough for the dealer to inspect. Dealer was great in getting the whole engine replaced as there was metal everywhere in the engine. It did take almost a month for replacement but did get it back in time to make our ski trip.. it was the last week Colorado ski resorts were still open to public. Engine ran great had O2 sensor issue but was able to reset and was good to go.

I now have 3500 miles on the NEW Engine and 2k was from ski trip. It has started ticking and getting louder! I know the previous generation of 3.6 had valve train issues what are the chances of two engines having bad cam/lifter issues.

Dealer said a Chrysler employee would have to inspect it again, but warned me having the aftermarket bumper/Winch and Rockslide engineering sliders they could void warranty. @JeepCares is this possible to void my warranty with aftermarket bumper and sliders???

Has anyone had a problem with warranty work voided with bumper slider or tire upgrade?

- Thecritter (04/13/2020)[17]


## 2014-2020 Ram 1500

**Why are my rocker arms so loose?**

Just finished putting back together my ram 1500 just replaced cam/lifters, pushrods, cylinder heads and respectable components. Basically everything on upper half of engine other than rocker arms. Now while engine is running I noticed that there is an inconsistent ticking noise coming from cylinder heads, took off valve covers and 3 of 4 intake rockers are crazy loose and have an unacceptable amount of play on the side I took off. Positive it is not cam or lifters as I just replaced as well as valve seats or springs because they are also new (confirmed by cranking engine and getting full open and close on all 8 valves). Checked pushrods were not bent before installing. Torqued all 5 rocker arm bolts to the proper spec when putting it all back together. Couldn't find any info on this issue after searching the internet to the best of my ability. Coming here because I am officially stumped

- Gabe Paterson (08/10/2020)[18]

---

[17] Available at https://www.jlwranglerforums.com/forum/threads/engine-ticking-again.49436/
[18] Available at https://www.ramforum.com/threads/why-are-my-rocker-arms-so-loose.165589/

**Hemi tick turned to a bad lifter,,,,they think**

So a little over a week ago, I took my truck into the dealer to have them listen to my engine. It seemed like over night i developed a lifter or valve problem. They agreed, and said I should not drive it. Waited on parts,,then waited on an available engine tech. Called me today said they got it back togeather and the noise is still there. I asked if i could listen to it, sure enough, same noise. Its coming from the driver side cylinder bank. They replaced all the lifters on that side. SOOOO,,truck still there and they will take it apart again. Any ideas??. I was thinking flat cam lobe, but i would think they would check that. Bent valve?? Bent rocker arm?? I dont know. I dont drive it hard at all, change my oil at the proper intervals. It has 44K on it.

- Glennwall3 (03/18/2013)[19]


## 2016- 2020 Chrysler Pacifica models

**chrysler techs help...06 pacifica lifter ticking noise**

i have an 06 pacifica 3.5L with 50K miles that has a persistant lifter tick noise. the noise follows the eng rpm. all lifters have been replaced but the noise is still there any ideas what it could be. local dealer is clueless. they said maybe it is supposed to tick a little. i

told them it didnt do it the first 45K miles why now and they went

thanks shane

- 70rrclone (03/24/2009)[20]


**3.5L HO Rocker Arm Tick - What causes it and the fix**

In the 3.5L engine over time there can develop a rocker arm tick. Its usually noticed when the car starts up. For some it may go away after a few minutes of driving. over time however, it will last longer and longer and sometimes may come back while driving here and there. The tick is caused by a rocker dowel pin SHEARING, yes shearing off.

[]

- Samoan Tsunami (02/25/2012)[21]

---

[19] Available at https://www.ramforumz.com/threads/hemi-tick-turned-to-a-bad-lifter-they-think.136663/
[20] Available at https://board.moparts.org/ubbthreads/ubbthreads.php/topics/264447/chrysler-techs-help-06-pacifica-lifter-ticking-noise.html
[21] Available at https://www.chargerforums.com/threads/3-5l-ho-rocker-arm-tick-what-causes-it-and-the-fix.152670/