# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETIENNE MAUGAIN, *et al.*, ) | |
| ) | C.A. No. 1:22-cv-00116-JLH |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| FCA US LLC, ) | |
| ) | |
| *Defendant*. ) | |

### DEFENDANT FCA US LLC'S MOTION TO DISMISS COUNT III OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT FOR LACK OF JURSIDCITON

Defendant FCA US LLC hereby moves this Court to dismiss Count III of Plaintiffs' First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1). The grounds for the motion are set forth in the supporting brief, which is submitted herewith.

Dated:  August 28, 2024

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

 /s/ *Jessica L. Reno*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T:  302-574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

**KLEIN THOMAS LEE & FRESARD**

Stephen A. D'Aunoy (pro hac vice)
Scott H. Morgan (pro hac vice)
100 N. Broadway, Suite 1600
St. Louis, MO 63102
T:  314-888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 28, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Jessica L. Reno*