From:

MARK O' DONOVAN
1724 Trevor Ct.
Longmont, CO 80501

US District Court
  Delaware

844 Nth King St
Unit 18

Willmington, DE 19801
                    -3570

TO: Clerk of Court.

Dear Sir/Madam,

        responding to your Subpoena
to testify at a depositon in a
civil action on 1/9/2025 10 am.
maugain Vs. FCA US LLC. 1:22-cv-00116-JLH

1) Subpoena is not valid as I
    live in Colorado. see Rule 45(c).
   Please Quash this Subpoena and
   Respond to me at my address above.

2) I have no knowledge with this
   civil action and am retired. There is
   no substance or validity to this
   subponea.

Sincerly

   Mark o' Re____

FILED
NUV 1 8 2024
US DISTRICT COURT
DISTRICT OF DELAWARE