# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETIENNE MAUGAIN, *et al.*, ) | |
| ) | C.A. No. 1:22-cv-00116-JLH |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| FCA US LLC, ) | |
| ) | |
| *Defendant*. ) | |

## MOTION FOR TELECONFERECE TO RESOLVE DISCOVERY DISPUTES

Defendant FCA US LLC respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

**1.     Whether Plaintiffs should appear for their properly noticed in-person depositions in this District where they filed suit.**

**2.     Whether the Court should compel Plaintiffs to produce the vehicles upon which their claims are based for private, non-destructive inspections by FCA US.**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: October 31, November 7, and November 11.

| | *For Plaintiffs* | *For FCA US* |
|---|---|---|
| *Delaware Counsel* | **Kelly Green and Jason Miller** | **Patrick Brannigan and Jessica Reno** |
| *Lead Counsel* | **Geoffrey Stahl** | **Scott Morgan** |

The parties are available for a teleconference on the following dates: December 5, December 10, or December 12.

Dated: November 21, 2024               Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

 s/ *Patrick M. Brannigan*
Patrick M. Brannigan (DE No. 4778)
Jessica L. Reno (DE No. 5950)
222 Delaware Avenue, Suite 700
Wilmington, DE 19801
T: (302) 574-7400
pbrannigan@eckertseamans.com
jreno@eckertseamans.com

*-and-*

**KLEIN THOMAS LEE & FRESARD**
Stephen A. D'Aunoy (*pro hac vice*)
Scott H. Morgan (*pro hac vice*)
100 N. Broadway, Suite 1600
St. Louis, Missouri  63102
T:  (314) 888-2970
steve.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 21, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

                                                        /s/ *Patrick M. Brannigan*