IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ETIENNE MAUGAIN, *et al.*,            )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )      C. A. No.:  22-116-JLH-SRF
                                      )
FCA US LLC,                           )
                                      )
                                      )
            Defendant.                )

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 5th day of February 2025:

WHEREAS, on January 15, 2025, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 195) in this action, which recommended that the Court grant Defendant's Motion to Dismiss Count III of Plaintiffs' First Amended Class Action Complaint for Lack of Jurisdiction (D.I. 147); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 195) is ADOPTED.  Defendant's Motion to Dismiss Count III of Plaintiffs' First Amended Class Action Complaint for Lack of Jurisdiction (D.I. 147) is GRANTED.

February 5, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE