# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAUGAIN, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-0116-JLH-SRF |
| ) | |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

**Plaintiffs** respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following matters:

- **Defendant FCA US LLC's ("FCA") refusal to produce documents necessary for expert damages analysis in response to Request for Production nos. 75 (average incremental cost for Class Vehicles) and 77 (market share data for Class Vehicles).**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): March 6, 2025, March 21, and April 8.

| | |
|---|---|
| Delaware Counsel for Plaintiffs:<br>Kelly A. Green<br>Jason Z. Miller<br>SMITH, KATZENSTEIN & JENKINS, LLP | Delaware Counsel for Defendant:<br>Patrick M. Brannigan<br>Jessica Reno<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC |
| Lead Counsel for Plaintiffs:<br>Russell D. Paul<br>Amey J. Park<br>Natalie Lesser<br>BERGER MONTAGUE PC | Lead Counsel for Defendant:<br>Scott H. Morgan<br>KLEIN THOMAS LEE & FRESARD |

The parties are available for a teleconference on May 5, May 8, or May 12, 2025.

Dated: April 11, 2025

Respectfully submitted,

By: */s/ Jason Z. Miller*
Kelly A. Green (DE Bar No. 4095)
Jason Z. Miller (DE Bar No. 6310)
**SMITH, KATZENSTEIN & JENKINS, LLP**
1000 N. West Street, Suite 1501
Wilmington, DE 19801
Tel.: (302) 504-1656
Fax: (302) 652-8405
kag@skjlaw.com
jzm@skjlaw.com

Russell D. Paul (Bar No. 4647)
Abigail Gertner (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604
rpaul@bm.net
agertner@bm.net
apark@bm.net
nlesser@bm.net

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
Laura E. Goolsby (*pro hac vice*)
Nathan N. Kiyam (*pro hac vice*)
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Nate.Kiyam@capstonelawyers.com

Steven Calamusa (*pro hac vice*)
Geoffrey Stahl (*pro hac vice*)
Rachel Bentley (*pro hac vice*)
**GORDON & PARTNERS, P.A.**
4114 Northlake Blvd.,
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
scalamusa@fortheinjured.com
gstahl@fortheinjured.com

rbentley@fortheinjured.com

Theodore Leopold (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com

Karina Puttieva (*pro hac vice*)
Blake R. Miller (*pro hac vice*)
**COHEN MILSTEIN SELLERS AND TOLL, PLLC**
1100 New York Avenue NW
East Tower, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
brmiller@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Classes*